**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS<br>S.A.<br><div align="right">Debtor</div> | Chapter 7<br><br>Case 24-10837 (DSJ) |
| SALVATORE LAMONICA solely in his<br>capacity as Chapter 7 trustee of Credivalores -<br>Crediservicios S.A.<br><div align="right">Plaintiff</div><br>v.<br>BANCIEN S.A. aka Ban100 S.A. fka Banco<br>Credifinanciera S.A., FINANZA<br>INVERSIONES S.A., GRAMERCY FUNDS<br>MANAGEMENT LLC, GCS COLOMBIA<br>FINANCE LLC, GRAMERCY COLOMBIA<br>CONSUMER LENDING HOLDINGS LLC,<br>GUSTAVO FERRARO, GDA LUMA<br>CAPITAL MANAGEMENT, LP, DAVALIA<br>GESTION DE ACTIVOS S.L, LUIS<br>BLAQUIER, ACON INVESTMENTS<br>MANAGEMENT, LLC, ACON COLOMBIA<br>FINANCE II, LLC and JOSÉ MIGUEL<br>KNOELL<br><div align="right">Defendants</div> | Adv. Proc. 26-01063 (DSJ) |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE**
<u>**IN AN ADVERSARY PROCEEDING**</u>

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of service of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days, to:

| | |
|---|---|
| Address of Clerk: | Clerk of the Court<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004-1408 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| | |
|---|---|
| Name and Address of Plaintiff's Attorney: | Avery Samet<br>Amini LLC<br>131 West 35th Street<br>12th Floor<br>New York, NY 10001<br>asamet@aminillc.com |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004-1408 | Date and Time: TBD |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: June 26, 2026

Vito Genna
*Clerk of the Bankruptcy Court*

By: /s/ Carmen Ortiz
*Deputy Clerk*