## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.<br><br>                          Debtor | Chapter 7<br><br>Case 24-10837 (DSJ) |
| SALVATORE LAMONICA solely in his Adv. Proc. 26-01063 (DSJ) capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A.,<br><br>                          Plaintiff<br><br>        v.<br><br>BANCIEN S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A., FINANZA INVERSIONES S.A., GRAMERCY FUNDS MANAGEMENT LLC, GCS COLOMBIA FINANCE LLC, GRAMERCY COLOMBIA CONSUMER LENDING HOLDINGS LLC, GUSTAVO FERRARO, GDA LUMA CAPITAL MANAGEMENT, LP, DAVALIA GESTION DE ACTIVOS S.L, LUIS BLAQUIER, ACON INVESTMENTS MANAGEMENT, LLC, ACON COLOMBIA FINANCE II, LLC and JOSÉ MIGUEL KNOELL<br><br>                          Defendants | Adv. Proc. 26-01063 (DSJ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned Sherry Xueer Yu, of Aegis Law Group LLP, 801 Pennsylvania Ave. NW, Suite 740, Washington, D.C., 20004, appears as counsel for Defendants ACON Investments Management, LLC and ACON Colombia Finance II, LLC in the above-captioned case.

Dated: July 6, 2026

Respectfully submitted,

*/s/ Sherry Xueer Yu*

1

Sherry Xueer Yu
AEGIS LAW GROUP LLP
801 Pennsylvania Avenue N.W., Suite 740
Washington, D.C. 20004
Tel: (202) 207-0489
syu@aegislawgroup.com

*Counsel for Defendants ACON Investments
Management, LLC and ACON Colombia
Finance II, LLC*