**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.,<br><div align="right">Debtor</div> | Chapter 7<br><br>Case 24-10837 (DSJ) |
| SALVATORE LAMONICA solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A.<br><div align="right">Plaintiff</div><br>v.<br>BANCIEN S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A., FINANZA INVERSIONES S.A., GRAMERCY FUNDS MANAGEMENT LLC, GCS COLOMBIA FINANCE LLC, GRAMERCY COLOMBIA CONSUMER LENDING HOLDINGS LLC, GUSTAVO FERRARO, GDA LUMA CAPITAL MANAGEMENT, LP, DAVALIA GESTION DE ACTIVOS S.L, LUIS BLAQUIER, ACON INVESTMENTS MANAGEMENT, LLC, ACON COLOMBIA FINANCE II, LLC and JOSÉ MIGUEL KNOELL<br><div align="right">Defendants</div> | Adv. Proc. 26-01063 (DSJ)<br><br>**CERTIFICATE OF SERVICE**<br><br>Re: ECF #1, #2 |

LAURA COLEMAN hereby certifies:

1.      I am over 18 years of age, am not a party to this action and reside in New York County.

2.      On June 30, 2026, I served the following-described papers upon the person listed in ¶5: Complaint (ECF #1) and Summons and Notice of Pretrial Conference in Adversary Proceeding (ECF #2).

3.      The number of copies served on each of said persons was 1.

4.      The method of service on each of said persons was FedEx International Priority Express.

5.      The name of the person served and the address at which service was made are as follows:

Bancien S.A.
Carrera 7 #76-35, Piso 9
Bogota D.C.
Colombia
Attn: Hector Chaves Olarte, President

6.      Proof of delivery at the above address is attached as Exhibit 1.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of July, 2026.

_____
Laura Coleman