

July 07, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 873777366385

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | D.DANIELA MALANDRO | **Delivery Location:** | AVENIDA CARRERA 7 76-35 PISO 9 |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday | | BOGOTA, DC, 110221 |
| | | **Delivery date:** | Jul 2, 2026 16:28 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 873777366385 | **Ship Date:** | Jun 30, 2026 |
| | | **Weight:** | 0.1 LB/0.05 KG |

**Recipient:**
HECTOR CHAVES OLARTE, BANCIEN S.A.
AVENIDA CARRERA 7 76-35
PISO 9
BOGOTA, DC, CO, 110221

**Shipper:**
LAURA COLEMAN, AMINI LLC
131 WEST 35TH STREET
12TH FLOOR
NEW YORK, NY, US, 10001

**Reference**          79840225



Thank you for choosing FedEx