**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.,<br><div align="right">Debtor</div> | Chapter 7<br><br>Case 24-10837 (DSJ) |
| SALVATORE LAMONICA solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A.<br><div align="right">Plaintiff</div><br>v.<br>BANCIEN S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A., FINANZA INVERSIONES S.A., GRAMERCY FUNDS MANAGEMENT LLC, GCS COLOMBIA FINANCE LLC, GRAMERCY COLOMBIA CONSUMER LENDING HOLDINGS LLC, GUSTAVO FERRARO, GDA LUMA CAPITAL MANAGEMENT, LP, DAVALIA GESTION DE ACTIVOS S.L, LUIS BLAQUIER, ACON INVESTMENTS MANAGEMENT, LLC, ACON COLOMBIA FINANCE II, LLC and JOSÉ MIGUEL KNOELL<br><div align="right">Defendants</div> | Adv. Proc. 26-01063 (DSJ)<br><br>**CERTIFICATE OF SERVICE**<br><br>Re: ECF #1, #2 |

I hereby certify that I am a member of Amini LLC, counsel for the plaintiff herein. On July 7, 2026, at 10:30 a.m. Eastern, I served a copy of the Complaint (ECF #1) and Summons and Notice of Pretrial Conference in Adversary Proceeding (ECF #2) upon Bancien S.A., by emailing said documents to its officers at the following addresses: Hector Augusto Chaves Olarte (President) hchaves@ban100.com.co ; Ricardo Valdés Rueda (Vice President of Finance and Administration) rvaldes@ban100.com.co ; Lina Fernanda Vega Cobos (Legal Director) lvegac@ban100.com.co . The foregoing email addresses were obtained from FRBP 2004 discovery. None of the emails bounced back or were returned as undeliberable. I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this July 7, 2026.


<div align="right">/s/ Jeffrey Chubak       </div>