# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.<br>                                        Debtor | Chapter 7<br><br>Case 24-10837 (DSJ)<br><br>Adv. Proc. 26-01063 (DSJ) |
| SALVATORE LAMONICA solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A.<br>                                        Plaintiff<br>v.<br>BANCIEN S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A., FINANZA INVERSIONES S.A., GRAMERCY FUNDS MANAGEMENT LLC, GCS COLOMBIA FINANCE LLC, GRAMERCY COLOMBIA CONSUMER LENDING HOLDINGS LLC, GUSTAVO FERRARO, GDA LUMA CAPITAL MANAGEMENT, LP, DAVALIA GESTION DE ACTIVOS S.L, LUIS BLAQUIER, ACON INVESTMENTS MANAGEMENT, LLC, ACON COLOMBIA FINANCE II, LLC and JOSÉ MIGUEL KNOELL<br>                                        Defendants | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alan Turner of the law firm Simpson Thacher & Bartlett LLP, a member of this Court in good standing, respectfully enters his appearance as counsel for Gramercy Funds Management LLC, GCS Colombia Finance LLC, Gramercy Colombia Consumer Lending Holdings LLC, and Gustavo Ferraro (together, the "Gramercy Defendants"), in the above-captioned matter and requests that all future correspondence and papers be served upon the undersigned.

Dated: July 13, 2026
        New York, New York                    Respectfully submitted,

                                             */s/ Alan Turner*
                                             Alan Turner

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
aturner@stblaw.com

*Attorneys for Gramercy Funds Management LLC,
GCS Colombia Finance LLC, Gramercy Colombia
Consumer Lending Holdings LLC, and Gustavo
Ferraro*