Your shipment was delivered.

**Delivery Date**

Fri, 07/10/2026
5:21pm

**Delivered to**

CARRERA 10 65-98, BOGOTA, DC 110231

**Received by**

N.NELSON BAUTISTA

**Report missing package**

How was your international shipping experience?

? ? ? ? ?

Tracking details

**Tracking ID** **874113724941**

| | |
|---|---|
| **From** | LAURA COLEMAN |
| | AMINI LLC |
| | 131 WEST 35TH STREET |
| | 12TH FLOOR |
| | NEW YORK, NY, US |
| | 10001 |
| **To** | ATTN: MARIA CRISTINA ROJAS |
| | FINANZA INVERSIONES S.A.S. |
| | CARRERA 10 65-98 |
| | BOGOTA, DC, CO |
| | 110231 |
| **Ship date** | Wed 7/08/2026 12:05 PM |
| **Number of pieces** | 1 |
| **Total shipment weight** | 0.10 LB |
| **Service** | FedEx International Priority® |
| **Reference** | 79840225 |
| **Shipper reference** | 79840225 |

**TRACK SHIPMENT**

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 5:27 PM CDT 07/10/2026.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2026 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID 1026