**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.,<br><div align="right">Debtor</div> | Chapter 7<br><br>Case 24-10837 (DSJ) |
| SALVATORE LAMONICA solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A.<br><div align="right">Plaintiff</div>v.<br>BANCIEN S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A., FINANZA INVERSIONES S.A., GRAMERCY FUNDS MANAGEMENT LLC, GCS COLOMBIA FINANCE LLC, GRAMERCY COLOMBIA CONSUMER LENDING HOLDINGS LLC, GUSTAVO FERRARO, GDA LUMA CAPITAL MANAGEMENT, LP, DAVALIA GESTION DE ACTIVOS S.L, LUIS BLAQUIER, ACON INVESTMENTS MANAGEMENT, LLC, ACON COLOMBIA FINANCE II, LLC and JOSÉ MIGUEL KNOELL<br><div align="right">Defendants</div> | Adv. Proc. 26-01063 (DSJ)<br><br>**<u>CERTIFICATE OF SERVICE</u>**<br><br>Re: ECF [#1](#), [#2](#) |

I hereby certify that I am a member of Amini LLC, counsel for the plaintiff herein. On July 13, 2026, at 10:27 a.m. Eastern, I served a copy of the Complaint (ECF [#1](#)) and Summons and Notice of Pretrial Conference in Adversary Proceeding (ECF [#2](#)) upon Finanza Inversiones S.A., by emailing said documents to [notificaciones@finanzainversiones.com](mailto:notificaciones@finanzainversiones.com). The foregoing email address is the notice address specified in the forbearance agreement attached as Exhibit 1. The email did not bounce back and was not returned as undeliberable. I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this July 13, 2026.

<div align="right">/s/ Jeffrey Chubak    </div>