Bijan Amini
Avery Samet
Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
bamini@aminillc.com
asamet@aminillc.com
jchubak@aminillc.com
Special Litigation Counsel for Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.,<br><div align="right">Debtor</div> | Chapter 7<br><br>Case 24-10837 (DSJ) |
| SALVATORE LAMONICA solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A.<br><div align="right">Plaintiff</div><br>v.<br>BANCIEN S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A., FINANZA INVERSIONES S.A., GRAMERCY FUNDS MANAGEMENT LLC, GCS COLOMBIA FINANCE LLC, GRAMERCY COLOMBIA CONSUMER LENDING HOLDINGS LLC, GUSTAVO FERRARO, GDA LUMA CAPITAL MANAGEMENT, LP, DAVALIA GESTION DE ACTIVOS S.L, LUIS BLAQUIER, ACON INVESTMENTS MANAGEMENT, LLC, ACON COLOMBIA FINANCE II, LLC and JOSÉ MIGUEL KNOELL<br><div align="right">Defendants</div> | Adv. Proc. 26-01063 (DSJ) |

<div align="center">

**MOTION FOR ORDER FIXING SEPTEMBER 15, 2026**
**AS ANSWER DEADLINE FOR COLOMBIAN DEFENDANTS**
**BANCIEN S.A. AND FINANZA INVERSIONES S.A.**

</div>

Plaintiff Salvatore LaMonica, solely in his capacity as Chapter 7 trustee ("Trustee") of

Credivalores - Crediservicios S.A. ("Debtor"), hereby moves for an order fixing September 15,

2026 as the answer deadline for Colombian defendants Bancien S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A. ("Ban100") and Finanza Inversiones S.A. ("Finanza"), pursuant to FRBP 7012(a)(2).[1]

## JURISDICTION

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the district court's amended standing order of reference.

2.      Venue in this district is proper under 28 U.S.C. § 1409.

## BACKGROUND

3.      This adversary proceeding was commenced on June 25, 2026.

4.      The complaint (ECF #1) asserts inter alia fraudulent transfer, postpetition transfer and turnover claims (Counts 3-7) against Ban100 and preference claims (Counts 2, 6) against Finanza.

5.      The summons (ECF #2) issued June 26, 2026.

6.      The summons and complaint were served (ECF #4, #4-1) on Ban100 on July 2, 2026 by FedEx International Priority, as permitted by the Hague Convention, made applicable by FRCP 4(f)(1) which in turn is made applicable by FRCP 4(h)(2), both of which apply in adversary proceedings pursuant to FRBP 7004(a)(1). *Bandari v. QED Connect Inc.*, 2024 WL 5715889, at *1 (S.D.N.Y. Oct. 2, 2024) ("Colombia is a signatory to the Hague Convention and has not objected to Article 10(a) … Accordingly, courts have found service by mail on defendants in Colombia to be sufficient … The same conclusion is warranted here.  The affidavit submitted by Plaintiff states that the summons and complaint were mailed to Bahsen at her Colombia address, includes a UPS tracking number and confirms Bahsen received the mailing … That is sufficient to

---

[1] The filing of a motion extends the time to answer pursuant to FRBP 7012(a)(6).

show Bahsen was properly served in this action under Rule 4(f)(1) and Article 10(a) of the Hague Convention"); *Evergreen Shipping Agency (Am.) Corp. v. Glob. Shipping Agencies*, 2019 WL 5901506, at *2 (D. N.J. Nov. 12, 2019) ("Plaintiff sent the summons and Amended Complaint to Defendants at their principal place of business in Medellin, Colombia via DHL, which the Court finds to be a sufficient 'postal channel' under the Hague Convention"); *Bidonthecity.com LLC v. Halverston Holdings Ltd.*, 2014 WL 1331046, at *8 (S.D.N.Y. Mar. 31, 2014) (FedEx is a "postal channel").

7.      Said documents were served at Ban100's principal place of business (domicilio principal, per its 2026 credit product regulations terms and conditions, linked here), Attn: its President Hector Chaves Olarte.

8.      Said documents were also served (ECF #5) by email to its President, its Legal Director Lina Fernanda Vega Cobos and its Vice President of Finance and Administration Ricardo Valdés Rueda on July 7, 2026.  *See SEC v. Campo*, 2025 WL 2603613 (D. D.C. Sept. 9, 2025) (rejecting argument of Colombian defendant, that district court erred in permitting email service under Hague Convention).

9.      Said documents were also served on Finanza by FedEx International Priority on July 8, 2026 (ECF #9, #9-1) and by email on July 13, 2026 (ECF #10), at the notice addresses in its amended and restated shareholder loan forbearance agreement (ECF #10-1), Attn: its legal representative identified therein.

<u>**RELIEF REQUESTED AND BASIS THEREFOR**</u>

10.      By this motion, the Trustee seeks an order fixing September 15, 2026 as the answer deadline for Ban100 and Finanza.

11.      FRBP 7012(a)(2) provides that "[t]he court shall prescribe the time for service of the answer when service of the complaint is made … upon a party in a foreign country."

3

12.     The summons and complaint were served on Bancien and Finanza Inversiones, and received by them by July 10, 2026.

13.     The Trustee submits giving Ban100 and Finanza over two months to answer is more than sufficient time to respond.

## NOTICE

14.     Notice of this motion has been given to Ban100 and Finanza, in the same manner as the summons and complaint were served.  The proposed form of order provides for service of the entered order in the same manner.  Notice of this motion has been given to all other parties that have appeared herein by CM/ECF pursuant to FRCP 5(b)(2)(E) made applicable by FRBP 7005 and FRBP 9036.

## NO PRIOR REQUEST

15.     No prior request for the relief sought herein has been made to this Court or to any other court.

WHEREFORE, the Trustee requests that this Court grant the relief requested herein and such other and further relief as it deems just and proper.

Dated: New York, NY
       July 14, 2026

Amini LLC

/s/ Jeffrey Chubak
Bijan Amini
Avery Samet
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
bamini@aminillc.com
asamet@aminillc.com
jchubak@aminillc.com
Special Litigation Counsel for Plaintiff

4