**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.,<br>                             Debtor | Chapter 7 |
| SALVATORE LAMONICA solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A.<br>                             Plaintiff<br>v.<br>BANCIEN S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A., FINANZA INVERSIONES S.A., GRAMERCY FUNDS MANAGEMENT LLC, GCS COLOMBIA FINANCE LLC, GRAMERCY COLOMBIA CONSUMER LENDING HOLDINGS LLC, GUSTAVO FERRARO, GDA LUMA CAPITAL MANAGEMENT, LP, DAVALIA GESTION DE ACTIVOS S.L, LUIS BLAQUIER, ACON INVESTMENTS MANAGEMENT, LLC, ACON COLOMBIA FINANCE II, LLC and JOSÉ MIGUEL KNOELL<br>                           Defendants | Case 24-10837 (DSJ)<br><br>Adv. Proc. 26-01063 (DSJ) |

### ORDER FIXING SEPTEMBER 15, 2026 AS
### ANSWER DEADLINE FOR COLOMBIAN DEFENDANTS
### BANCIEN S.A. AND FINANZA INVERSIONES S.A.

Upon the motion of the plaintiff Salvatore LaMonica, solely in his capacity as Chapter 7 trustee ("Trustee") of Credivalores - Crediservicios S.A. to fix September 15, 2026 as the answer deadline for Colombian defendants Bancien S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A. ("Ban100") and Finanza Inversiones S.A. ("Finanza"), pursuant to FRBP 7012(a)(2); and this Court having found that the relief requested is appropriate; and due and sufficient notice of the motion having been given, and it appearing that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the motion is granted as set forth herein; and it is further

ORDERED, that the deadline for Ban100 and Finanza to answer the complaint shall be September 15, 2026; and it is further

ORDERED, that the Trustee shall serve a copy of this order upon Ban100 and Finanza in the same manner that the motion was served upon them, within two (2) business days following entry hereof; and it is further

ORDERED that in the event Ban100 or Finanza does not timely answer or make a motion pursuant to FRCP 12, the Clerk shall enter a default pursuant to FRCP 55(a) and the Trustee shall be entitled to move for default judgment against the defaulting defendant(s); and it is further

ORDERED that the Court shall retain exclusive jurisdiction with respect to all matters relating to the implementation, interpretation or enforcement of this order.


Dated: New York, NY
      August __, 2026

 

_____
Hon. David S. Jones
United States Bankruptcy Judge