Bijan Amini
Avery Samet
Jeffrey Chubak
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
bamini@aminillc.com
asamet@aminillc.com
jchubak@aminillc.com
Special Litigation Counsel for Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.,<br><div align="right">Debtor</div> | Chapter 7<br><br>Case 24-10837 (DSJ) |
| SALVATORE LAMONICA solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A.<br><div align="right">Plaintiff</div><br>v.<br>BANCIEN S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A., FINANZA INVERSIONES S.A., GRAMERCY FUNDS MANAGEMENT LLC, GCS COLOMBIA FINANCE LLC, GRAMERCY COLOMBIA CONSUMER LENDING HOLDINGS LLC, GUSTAVO FERRARO, GDA LUMA CAPITAL MANAGEMENT, LP, DAVALIA GESTION DE ACTIVOS S.L, LUIS BLAQUIER, ACON INVESTMENTS MANAGEMENT, LLC, ACON COLOMBIA FINANCE II, LLC and JOSÉ MIGUEL KNOELL<br><div align="right">Defendants</div> | Adv. Proc. 26-01063 (DSJ) |

**NOTICE OF HEARING ON MOTION FOR ORDER**
**FIXING SEPTEMBER 15, 2026 AS ANSWER DEADLINE FOR COLOMBIAN**
**DEFENDANTS BANCIEN S.A. AND FINANZA INVERSIONES S.A.**

PLEASE TAKE NOTICE that a hearing will be held before the Honorable David S. Jones,

United States Bankruptcy Judge, on August 11, 2026, at 10:00 a.m. or as soon thereafter as counsel

may be heard, on the motion of Salvatore LaMonica, solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A., to fix September 15, 2026 as the answer deadline for Colombian defendants Bancien S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A. and Finanza Inversiones S.A., pursuant to FRBP 7012(a)(2).

PLEASE TAKE FURTHER NOTICE that the hearing will be conducted by Zoom for Government. Parties wishing to attend or participate must register using the eCourt Appearance tool https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl by 4:00 the business day before the hearing. Zoom invites will be sent to persons registered to appear by Zoom after 4:00 p.m. the business day before the hearing.

PLEASE TAKE FURTHER NOTICE objections to the motion must be filed with the Court by August 4, 2026. If no objection is timely made, the Court may enter an order granting the relief sought in the motion without further notice or opportunity to be heard.

Dated: New York, NY
      July 14, 2026

Amini LLC

/s/ Jeffrey Chubak
Bijan Amini
Avery Samet
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
bamini@aminillc.com
asamet@aminillc.com
jchubak@aminillc.com
Special Litigation Counsel for Plaintiff