**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.,<br><div align="right">Debtor</div> | Chapter 7<br><br>Case 24-10837 (DSJ) |
| SALVATORE LAMONICA solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A.<br><div align="right">Plaintiff</div>v.<br>BANCIEN S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A., FINANZA INVERSIONES S.A., GRAMERCY FUNDS MANAGEMENT LLC, GCS COLOMBIA FINANCE LLC, GRAMERCY COLOMBIA CONSUMER LENDING HOLDINGS LLC, GUSTAVO FERRARO, GDA LUMA CAPITAL MANAGEMENT, LP, DAVALIA GESTION DE ACTIVOS S.L, LUIS BLAQUIER, ACON INVESTMENTS MANAGEMENT, LLC, ACON COLOMBIA FINANCE II, LLC and JOSÉ MIGUEL KNOELL<br><div align="right">Defendants</div> | Adv. Proc. 26-01063 (DSJ)<br><br>**CERTIFICATE OF SERVICE**<br><br>Re: ECF #11 |

   I hereby certify that I am a member of Amini LLC, counsel for the plaintiff herein. On July 15, 2026, at 7:37 a.m. Eastern, I served a copy of the motion for order fixing September 15, 2026 as the answer deadline for Colombian defendants Bancien S.A. and Finanza Inversiones S.A. (ECF #11) together with the accompanying proposed order (ECF #11-1) and notice of hearing (ECF #11-2), by emailing same to notificaciones@finanzainversiones.com, the notice address specified in its forbearance agreement (ECF #10-1), and to Bancien officers at the following addresses: Hector Augusto Chaves Olarte (President) hchaves@ban100.com.co ; Ricardo Valdés Rueda (Vice President of Finance and Administration) rvaldes@ban100.com.co ; Lina Fernanda Vega Cobos (Legal Director) lvegac@ban100.com.co. None of the emails bounced back or were returned as undeliverable. I hereby certify under penalty of perjury that the foregoing is true and correct. Executed this July 15, 2026.


           /s/ Jeffrey Chubak