**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.,<br><div align="right">Debtor</div> | Chapter 7<br><br>Case 24-10837 (DSJ) |
| SALVATORE LAMONICA solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A.<br><div align="right">Plaintiff</div><br>v.<br>BANCIEN S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A., FINANZA INVERSIONES S.A., GRAMERCY FUNDS MANAGEMENT LLC, GCS COLOMBIA FINANCE LLC, GRAMERCY COLOMBIA CONSUMER LENDING HOLDINGS LLC, GUSTAVO FERRARO, GDA LUMA CAPITAL MANAGEMENT, LP, DAVALIA GESTION DE ACTIVOS S.L, LUIS BLAQUIER, ACON INVESTMENTS MANAGEMENT, LLC, ACON COLOMBIA FINANCE II, LLC and JOSÉ MIGUEL KNOELL<br><div align="right">Defendants</div> | Adv. Proc. 26-01063 (DSJ)<br><br>**CERTIFICATE OF SERVICE**<br><br>Re: ECF #11 |

LAURA COLEMAN hereby certifies:

1. I am over 18 years of age, am not a party to this action and reside in New York County.

2. On July 15, 2026, I served the following-described papers upon the persons listed in ¶5: motion for order fixing September 15, 2026 as the answer deadline for Colombian defendants Bancien S.A. and Finanza Inversiones S.A. (ECF #11) together with accompanying proposed order (ECF #11-1) and notice of hearing (ECF #11-2).

3. The number of copies served on each of said persons was 1.

4. The method of service on each of said persons was FedEx International Priority.

5. The names of the persons served and the addresses at which service was made are as follows:

Bancien S.A.
Carrera 7 #76-35, Piso 9
Bogota D.C.
Colombia
Attn: Hector Chaves Olarte, President

Finanza Inversiones S.A.S.
Carrera 10 #65-98
Bogota D.C.
Colombia
Attn: Maria Cristina Rojas

6. Proof of delivery at the above addresses is attached as Exhibit 1 (Bancien) and Exhibit 2 (Finanza Inversiones).

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of July, 2026.

Laura Coleman