**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS<br>S.A.<br>                Debtor | Chapter 7<br><br>Case 24-10837 (DSJ) |
| SALVATORE LAMONICA solely in his<br>capacity as Chapter 7 trustee of Credivalores -<br>Crediservicios S.A.,<br>                Plaintiff,<br>v.<br>BANCIEN S.A. aka Ban100 S.A. fka Banco<br>Credifinanciera S.A., FINANZA<br>INVERSIONES S.A., GRAMERCY FUNDS<br>MANAGEMENT LLC, GCS COLOMBIA<br>FINANCE LLC, GRAMERCY COLOMBIA<br>CONSUMER LENDING HOLDINGS LLC,<br>GUSTAVO FERRARO, GDA LUMA<br>CAPITAL MANAGEMENT, LP, DAVALIA<br>GESTION DE ACTIVOS S.L, LUIS<br>BLAQUIER, ACON INVESTMENTS<br>MANAGEMENT, LLC, ACON COLOMBIA<br>FINANCE II, LLC and JOSÉ MIGUEL<br>KNOELL,<br>                Defendants. | Adv. Proc. 26-01063 (DSJ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Sharon I. Dwoskin, Esq. of the law firm Brown Rudnick

LLP, a member of this Court in good standing, respectfully enters her appearance as counsel for

GDA Luma Capital Management, LP, Davalia Geston de Activos S.L., and Luis Blaquier

(together, the "GDA Defendants") in the above captioned matter and requests that all documents,

and all other papers served in this case, be given to and served upon the undersigned.

Dated: July 23, 2026
        Boston, Massachusetts          Respectfully submitted,

                            **BROWN RUDNICK LLP**

                            By: */s/ Sharon I. Dwoskin*
                                  Sharon I. Dwoskin, Esq.

One Financial Center
Boston, MA 02111
sdwoskin@brownrudnick.com
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel for GDA Luma Capital Management, LP,
Davalia Geston de Activos S.L., & Luis Blaquier*

4938-2116-8063.2