**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS<br>S.A.,<br>　　　　　　　　　　　　Debtor | Chapter 7<br><br>Case 24-10837 (DSJ) |
| SALVATORE LAMONICA solely in his<br>capacity as Chapter 7 trustee of Credivalores -<br>Crediservicios S.A.<br>　　　　　　　　　　　　Plaintiff<br>v.<br>BANCIEN S.A. aka Ban100 S.A. fka Banco<br>Credifinanciera S.A., FINANZA<br>INVERSIONES S.A., GRAMERCY FUNDS<br>MANAGEMENT LLC, GCS COLOMBIA<br>FINANCE LLC, GRAMERCY COLOMBIA<br>CONSUMER LENDING HOLDINGS LLC,<br>GUSTAVO FERRARO, GDA LUMA<br>CAPITAL MANAGEMENT, LP, DAVALIA<br>GESTION DE ACTIVOS S.L, LUIS<br>BLAQUIER, ACON INVESTMENTS<br>MANAGEMENT, LLC, ACON COLOMBIA<br>FINANCE II, LLC and JOSÉ MIGUEL<br>KNOELL<br>　　　　　　　　　　　　Defendants | Adv. Proc. 26-01063 (DSJ)<br><br>**CERTIFICATE OF NO OBJECTION**<br>**PURUSANT TO LBR 9013-3**<br><br>Re: ECF #11 |

I hereby certify:

1.　　I am a member of Amini LLC, special litigation counsel for Salvator LaMonica, solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A., the plaintiff in this adversary proceeding, and submit this certificate of no objection in relation to his FRBP 7012(a)(2) motion (ECF #11), filed July 14, 2026, to fix an answer deadline for the Colombian defendants, Bancien S.A. and Finanza Inversiones S.A.

2.　　The motion, together with the accompanying proposed order (ECF #11-1) and notice of hearing (ECF #11-2), were served on said defendants by email and FedEx, as reflected in certificates of service (ECF #12 for email, #14 for FedEx) filed herein.  FedEx proof of delivery (ECF #14-1 for Bancien, #14-2 for Finanza Inversiones) are attached to the latter.

3.     The objection deadline specified in the notice of hearing and in the upper righthand corner of the caption of the motion per LBR 9004-2(b) was August 4, 2026.

4.     As of the filing hereof, more than 48 hours have elapsed since the objection deadline.

5.     No objection, responsive pleading or request for a hearing with respect to the motion has been filed or served on Amini LLC.

6.     Amini LLC is also unaware of any request for a hearing having been made with respect to the motion.

7.     Plaintiff therefore requests entry of the proposed order at the Court's earliest convenience.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed this 7th day of August, 2026.

/s/ Jeffrey Chubak_____