**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CREDIVALORES - CREDISERVICIOS S.A., | Chapter 7 |
| Debtor | Case 24-10837 (DSJ) |
| SALVATORE LAMONICA solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A.<br><br>Plaintiff<br><br>v.<br><br>BANCIEN S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A., FINANZA INVERSIONES S.A., GRAMERCY FUNDS MANAGEMENT LLC, GCS COLOMBIA FINANCE LLC, GRAMERCY COLOMBIA CONSUMER LENDING HOLDINGS LLC, GUSTAVO FERRARO, GDA LUMA CAPITAL MANAGEMENT, LP, DAVALIA GESTION DE ACTIVOS S.L, LUIS BLAQUIER, ACON INVESTMENTS MANAGEMENT, LLC, ACON COLOMBIA FINANCE II, LLC and JOSE MIGUEL KNOELL<br><br>Defendants | Adv. Proc. 26-01063 (DSJ) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Adam D. Herring, request admission, *pro hac vice*, before the Honorable David S. Jones, to represent Bancien S.A. aka Ban 1000 S.A. fka Banco Credifinanciera S.A., a Defendant in the above-referenced ☐ case ☒ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Georgia and, if applicable, the bar of the U.S. District Court for the Northern District of Georgia, the Middle District of Georgia, and the District of Columbia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.


Dated: August 13, 2026

Atlanta, Georgia

*/s/ Adam D. Herring*  
Adam D. Herring

Nelson Mullins Riley & Scarborough LLP  
201 17th Street NW, Suite 1700  
Atlanta, GA  30363  
adam.herring@nelsonmullins.com  
*Telephone number*: 404-322-6143

*Lawyers Serving the Public and the Justice System*

**Mr. Adam David Herring**
**Nelson Mullins Riley & Scarborough LLP**
**201 17th Street NW Suite 1700**
**Atlanta, GA 30363-1099**
**UNITED STATES**

**CURRENT STATUS:** Active Member-Good Standing
**DATE OF ADMISSION:** 11/5/2009
**BAR NUMBER:** 441119
**TODAY'S DATE:** 04/29/2026

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA 31406-2562
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Adam David Herring

was duly qualified and admitted on October 2, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 12, 2026.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*