**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CREDIVALORES - CREDISERVICIOS S.A.,<br><br><br><br>Debtor | Chapter 7<br><br><br><br>Case 24-10837 (DSJ) |
| SALVATORE LAMONICA solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A.<br><br>Plaintiff<br><br>v.<br><br>BANCIEN S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A., FINANZA INVERSIONES S.A., GRAMERCY FUNDS MANAGEMENT LLC, GCS COLOMBIA FINANCE LLC, GRAMERCY COLOMBIA CONSUMER LENDING HOLDINGS LLC, GUSTAVO FERRARO, GDA LUMA CAPITAL MANAGEMENT, LP, DAVALIA GESTION DE ACTIVOS S.L, LUIS BLAQUIER, ACON INVESTMENTS MANAGEMENT, LLC, ACON COLOMBIA FINANCE II, LLC and JOSE MIGUEL KNOELL<br><br><br><br>Defendants | Adv. Proc. 26-01063 (DSJ) |

### AMENDED MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Adam D. Herring, request admission, ***pro hac vice***, before the Honorable David S. Jones, to represent **Bancien S.A. aka Ban 1000 S.A. fka Banco Credifinanciera S.A.** AND **Finanza Inversiones S.A**., Defendants in the above-referenced ☐ case ☒ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Georgia and, if applicable, the bar of the U.S. District Court for the Northern District of Georgia, the Middle District of Georgia, and the District of Columbia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 13, 2026

Atlanta, Georgia

<div style="margin-left:50%">

*/s/ Adam D. Herring*
Adam D. Herring

Nelson Mullins Riley & Scarborough LLP
201 17th Street NW, Suite 1700
Atlanta, GA  30363
adam.herring@nelsonmullins.com
*Telephone number*: 404-322-6143

</div>