**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CREDIVALORES - CREDISERVICIOS S.A.,<br><br>Debtor. | Chapter 7<br><br>Case 24-10837 (DSJ) |
| SALVATORE LAMONICA solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A.,<br><br>Plaintiff,<br><br>v.<br><br>BANCIEN S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A., FINANZA INVERSIONES S.A., GRAMERCY FUNDS MANAGEMENT LLC, GCS COLOMBIA FINANCE LLC, GRAMERCY COLOMBIA CONSUMER LENDING HOLDINGS LLC, GUSTAVO FERRARO, GDA LUMA CAPITAL MANAGEMENT, LP, DAVALIA GESTION DE ACTIVOS S.L, LUIS BLAQUIER, ACON INVESTMENTS MANAGEMENT, LLC, ACON COLOMBIA FINANCE II, LLC and JOSÉ MIGUEL KNOELL,<br><br>Defendants. | Adv. Proc. 26-01063 (DSJ)<br><br>Hearing Date: December 8, 2026 |

**NOTICE OF BANCIEN S.A. AND FINANZA INVERSIONES S.A.'S MOTION TO DISMISS ADVERSARY COMPLAINT**

**PLEASE TAKE NOTICE** that Defendants Bancien S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A. ("Ban100") and Finanza Inversiones S.A. ("Finanza," and together with Ban100, the "Colombian Defendants"), by and through their attorneys, Nelson, Mullins, Riley & Scarborough LLP, will move this Court before The Honorable David S. Jones, United States District Court Judge, at the United States District Court for the Southern District of New York, located at One Bowling Green, New York, New York 10004, on December 8, 2026, at 10:00 in the forenoon, so counsel can be heard for an order, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure (the "Rules"), as made applicable to this proceeding by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), dismissing the Complaint against Ban100 and Finanza on the grounds that:

(1) The Court lacks personal jurisdiction over the Colombian Defendants; and

(2) Each claim asserted against the Colombian Defendants fails to state a claim upon which relief may be granted.

[SIGNATURES ON FOLLOWING PAGE]

Dated: September 15, 2026

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Adam D. Herring*________
Adam D. Herring (admitted *pro hac vice*)
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Tel: (404) 322-6143
Fax: (404) 322-6050
Email: Adam.Herring@nelsonmullins.com

-and-

Paige L. Epstein
330 Madison Avenue, 27th Floor
New York, New York 10017
Tel: (212) 413-9077
Email: Paige.Epstein@nelsonmullins.com

*Attorneys for Defendants Bancien S.A. and Finanza Inversiones S.A.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 15, 2026, a true and correct copy of the foregoing *Notice of Bancien S.A. And Finanza Inversiones S.A.'s Motion To Dismiss Adversary Complaint* was served via CM/ECF on all parties registered to received electronic notices.

*/s/ Adam D. Herring*________
Adam D. Herring