**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CREDIVALORES - CREDISERVICIOS S.A.,<br><br>Debtor. | Chapter 7<br><br>Case 24-10837 (DSJ) |
| SALVATORE LAMONICA solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A.,<br><br>Plaintiff,<br><br>v.<br><br>BANCIEN S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A., FINANZA INVERSIONES S.A., GRAMERCY FUNDS MANAGEMENT LLC, GCS COLOMBIA FINANCE LLC, GRAMERCY COLOMBIA CONSUMER LENDING HOLDINGS LLC, GUSTAVO FERRARO, GDA LUMA CAPITAL MANAGEMENT, LP, DAVALIA GESTION DE ACTIVOS S.L, LUIS BLAQUIER, ACON INVESTMENTS MANAGEMENT, LLC, ACON COLOMBIA FINANCE II, LLC and JOSÉ MIGUEL KNOELL,<br><br>Defendants. | Adv. Proc. 26-01063 (DSJ)<br><br>Hearing Date: December 8, 2026 |

**CORPORATE OWNERSHIP STATEMENT OF**
**BANCIEN S.A. AND FINANZA INVERSIONES S.A.**

**PLEASE TAKE NOTICE** that pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Defendants Bancien S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A. ("Ban100") and Finanza Inversiones S.A. ("Finanza," and together with Ban100, the "Colombian Defendants"), by and through their attorneys, Nelson, Mullins, Riley & Scarborough LLP, state as follows:

(1) Defendant Ban100 is a *Sociedad Anónima* organized under the laws of the Republic of Colombia, with its principal office in Bogotá, Colombia. Finanza directly owns 95% of the equity interests of Ban100. Other than Finanza, no corporation directly or indirectly owns 10% or more of any class of Ban100's equity interests.

(2) Defendant Finanza is a *Sociedad Anónima* organized under the laws of the Republic of Colombia, with its principal office in Bogotá, Colombia. Finanza's issued equity interests consist of ordinary shares, Class A preferred shares, and Class B preferred shares. The following entities own 10% or more of one or more classes of Finanza's equity interests:

   a. Crediholding S.A.S., which owns 54% of Finanza's total outstanding shares, comprising 63.18% of the ordinary shares and 62.8% of the Class A preferred shares;

   b. ACON Colombia finance II, L.L.C., which owns 26% of Finanza's total outstanding shares, comprising 36.82% of the ordinary shares and 16.62 of the Class A preferred shares;

   c. Lacrot Inversiones 2014, S.L.U., which owns 9.99% of Finanza's total outstanding shares, comprising 20.55% of the Class A preferred shares and 30.49% of the Class B preferred shares; and

d. GDA Luma Special Opportunities Fund, L.P., which owns 9.99% of Finanza's total outstanding shares, comprising 69.51% of the Class B preferred shares.

Dated: September 15, 2026

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

*/s/ Adam D. Herring*
Adam D. Herring (admitted *pro hac vice*)
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Tel: (404) 322-6143
Fax: (404) 322-6050
Email: Adam.Herring@nelsonmullins.com

-and-

Paige L. Epstein
330 Madison Avenue, 27th Floor
New York, New York 10017
Tel: (212) 413-9077
Email: Paige.Epstein@nelsonmullins.com

*Attorneys for Defendants Bancien S.A. and Finanza Inversiones S.A.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 15, 2026, a true and correct copy of the foregoing *Corporate Ownership Statement of Bancien S.A. And Finanza Inversiones S.A.* was served via CM/ECF on all parties registered to received electronic notices.

*/s/ Adam D. Herring*
Adam D. Herring