**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.<br>Debtor | Chapter 7<br><br>Case 24-10837 (DSJ) |
| SALVATORE LAMONICA solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A.<br>Plaintiff,<br>v.<br>BANCIEN S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A., FINANZA INVERSIONES S.A., GRAMERCY FUNDS MANAGEMENT LLC, GCS COLOMBIA FINANCE LLC, GRAMERCY COLOMBIA CONSUMER LENDING HOLDINGS LLC, GUSTAVO FERRARO, GDA LUMA CAPITAL MANAGEMENT, LP, DAVALIA GESTION DE ACTIVOS S.L, LUIS BLAQUIER, ACON INVESTMENTS MANAGEMENT, LLC, ACON COLOMBIA FINANCE II, LLC and JOSÉ MIGUEL KNOELL<br>Defendants. | Adv. Proc. 26-01063 (DSJ)<br><br>Hearing Date: December 8, 2026 at 10:00 a.m. via Zoom |

**NOTICE OF GRAMERCY DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that on December 8, 2026 at 10:00 a.m. in the Courtroom of the Honorable David S. Jones, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, via Zoom, Defendants Gramercy Funds Management LLC, GCS Colombia Finance LLC, Gramercy Colombia Consumer Lending Holdings LLC, and Gustavo Ferraro (together, the "Gramercy Defendants"), hereby move this Court for an Order dismissing all claims in the Adversary Complaint filed by Plaintiff Salvatore LaMonica, the Chapter 7 trustee ("Plaintiff" or the "Trustee") of Credivalores – Crediservicios S.A. ("Debtor") against the Gramercy Defendants pursuant to Federal Rule of Civil Procedure 12(b)(6), which is

made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7012(b), upon the accompanying Memorandum of Law. A Proposed Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to agreement amongst the Parties, the Trustee shall submit his opposition brief by October 30, 2026 and Defendants shall submit their reply briefs by November 20, 2026.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9006-1, untimely papers may be rejected by the Court.

Dated: September 15, 2026
New York, New York

Respectfully submitted,

*/s/ Alan C. Turner*
Alan C. Turner
Bryce L. Friedman
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
aturner@stblaw.com
bfriedman@stblaw.com

*Attorneys for Gramercy Funds Management LLC, GCS Colombia Finance LLC, Gramercy Colombia Consumer Lending Holdings LLC, and Gustavo Ferraro*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 15, 2026, a true and correct copy of the foregoing *Notice of Gramercy Defendants' Motion to Dismiss the Complaint* was served via CM/ECF on all parties registered to receive electronic notices.

*/s/ Alan C. Turner*
Alan C. Turner