James W. Stoll, Esq. (admitted *pro hac vice*)
Sharon I. Dwoskin, Esq.
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
jstoll@brownrudnick.com
sdwoskin@brownrudnick.com
*Counsel for Luis Blaquier, Davalia Gestion de Activos S.L., GDA Luma Capital Management, LP*

**Hearing Date and Time**:
December 8, 2026 at 10:00 a.m.
**Opposition Deadline**:
October 30, 2026

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.,<br>Debtor | Chapter 7<br><br>Case 24-10837 (DSJ) |
| SALVATORE LAMONICA solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A.<br>Plaintiff<br>v.<br><br>BANCIEN S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A., FINANZA INVERSIONES S.A., GRAMERCY FUNDS MANAGEMENT LLC, GCS COLOMBIA FINANCE LLC, GRAMERCY COLOMBIA CONSUMER LENDING HOLDINGS LLC, GUSTAVO FERRARO, GDA LUMA CAPITAL MANAGEMENT, LP, DAVALIA GESTION DE ACTIVOS S.L, LUIS BLAQUIER, ACON INVESTMENTS MANAGEMENT, LLC, ACON COLOMBIA FINANCE II, LLC and JOSÉ MIGUEL KNOELL<br>Defendants | Adv. Proc. 26-01063 (DSJ) |

**NOTICE OF THE GDA LUMA DEFENDANTS' MOTION TO DISMISS THE TRUSTEE'S COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Defendants GDA Luma Capital Management, LP, Davalia Gestion de Activos S.L., and Luis Blaquier (the "GDA Luma Defendants") in the above captioned adversary proceeding, by and through their undersigned counsel, Brown Rudnick LLP, shall move before the Honorable David S. Jones,

United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Court Room 701, New York, New York 10004-1408, seeking entry of an order dismissing Trustee Salvatore LaMonica's (the "Trustee") complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6), made applicable in this proceeding by Federal Rule of Bankruptcy Procedure 7012(b), and for such other and further relief as the Court deems appropriate.

PLEASE TAKE FURTHER NOTICE that, the GDA Luma Defendants request that the Trustee's response to the GDA Luma Defendant's motion to dismiss, if any, be filed by October 30, 2026.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 5070-1 and Judge Jones' Chamber Rules, the GDA Luma Defendants along with the other Defendants to the above captioned adversary proceeding have obtained a hearing date and time of December 8, 2026, at 10:00 a.m.

Dated: September 15, 2026
Boston, Massachusetts

Respectfully submitted,

**BROWN RUDNICK LLP**

By: *<u>/s/ James W. Stoll</u>*
James W. Stoll, Esq.
Sharon I. Dwoskin, Esq.
One Financial Center
Boston, MA 02111
jstoll@brownrudnick.com
sdwoskin@brownrudnick.com
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Counsel for Luis Blaquier, Davalia Gestion de Activos S.L, GDA Luma Capital Management, LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026 the foregoing Motion to Dismiss was filed electronically using the Court's Electronic Case Filing System. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System.

*/s/ James W. Stoll*
James W. Stoll