Michael K. Ross (admitted *pro hac vice*)
Sherry X. Yu
Jillian G. Leslie (admitted *pro hac vice*)
AEGIS LAW GROUP LLP
801 Pennsylvania Avenue, NW, Suite 740
Washington, D.C. 20004
Tel.: 202.737.3500
mross@aegislawgroup.com
syu@aegislawgroup.com
jleslie@aegislawgroup.com

*Counsel for Defendants ACON Investments Management, LLC, ACON Colombia Finance II, LLC, and José Miguel Knoell*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.,<br>Debtor. | Chapter 7<br>Case No. 24-10837 (DSJ)<br>Adv. Proc. No. 26-01063<br><br>Hearing Date and Time:<br>December 8, 2026 at 10:00 a.m. |
| SALVATORE LAMONICA, solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A.,<br>Plaintiff,<br>v.<br><br>BANCIEN S.A. aka BAN100 S.A. fka BANCO CREDIFINANCIERA S.A., FINANZA INVERSIONES S.A., GRAMERCY FUNDS MANAGEMENT LLC, GCS COLOMBIA FINANCE LLC, GRAMERCY COLOMBIA CONSUMER LENDING HOLDINGS LLC, GUSTAVO FERRARO, GDA LUMA CAPITAL MANAGEMENT, LP, DAVALIA GESTION DE ACTIVOS S.L., LUIS BLAQUIER, ACON INVESTMENTS MANAGEMENT, LLC, ACON COLOMBIA FINANCE II, LLC, and JOSÉ MIGUEL KNOELL,<br>Defendants. | |

**NOTICE OF RULE 12(B)(6) MOTION TO DISMISS ADVERSARY COMPLAINT FOR FAILURE TO STATE A CLAIM**

PLEASE TAKE NOTICE that upon the Rule 12(b)(6) Motion to Dismiss Adversary Complaint for Failure to State a Claim, Memorandum of Law in Support, Defendants ACON Investments Management, LLC, ACON Colombia Finance II, LLC, and José Miguel Knoell will move this Court before the Honorable David S. Jones, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on December 8, 2026 at 10:00 a.m. via Zoom for entry of an order dismissing Counts I, II, III, and VI of the Adversary Complaint (ECF No. 259, 24-10837 (DSJ)) as to ACON Investments Management, LLC, ACON Colombia Finance II, LLC, and José Miguel Knoell, pursuant to Fed. R. Civ. P. 12(b)(6), as made applicable by Fed. R. Bankr. P. 7012(b), and granting such other and further relief as the Court deems just and proper.

Dated: September 15, 2026

Respectfully submitted,

*/s/ Michael K. Ross*

Michael K. Ross (admitted *pro hac vice*)
Sherry X. Yu
Jillian G. Leslie (admitted *pro hac vice*)
AEGIS LAW GROUP LLP
801 Pennsylvania Avenue, NW, Suite 740
Washington, D.C. 20004
Tel.: 202.737.3500
mross@aegislawgroup.com
syu@aegislawgroup.com
jleslie@aegislawgroup.com

*Counsel for Defendants ACON Investments Management, LLC, ACON Colombia Finance II, LLC, and José Miguel Knoell*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026 the foregoing Motion to Dismiss was filed electronically using the Court's Electronic Case Filing System. Notice of this filing will be sent to all parties through the Court's Electronic Case Filing System.

*/s/ Michael K. Ross*
Michael K. Ross (admitted *pro hac vice*)