February 6, 2023

ACQUIOM AGENCY SERVICES LLC
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402
Attn: Beth Cesari
Email: bcesari@srsacquiom.com

Re: Funding Authorization Letter

Reference is made to that certain Senior Secured Loan Agreement dated as of October 25, 2022, as amended on or about the date hereof (as amended, restated, extended, supplemented or otherwise modified from time to time, the "Credit Agreement") by and among the undersigned, Finanza Inversiones S.A.S.(the "Borrower"), Credivalores-Crediservicios S.A., as Guarantor, the lenders party thereto from time to time (the "Lenders"), and ACQUIOM Agency Services LLC, in its capacity as administrative agent (the "Administrative Agent"). Capitalized terms used but not otherwise defined herein have the meanings assigned to them in the Credit Agreement.

On the Incremental Closing Date, each Lender shall transfer to the Administrative Agent its respective portion of the Increased Commitment of such Lender pursuant to the Credit Agreement (the "Proceeds") in the amounts set forth in the funds flow memorandum attached hereto as Exhibit A (the "Funds Flow Memo").

The Borrower hereby authorizes the Administrative Agent on the Incremental Closing Date to (a) transfer the Proceeds in amounts equal to the payments listed in the Funds Flow Memo and (b) apply the Proceeds as set forth in the Funds Flow Memo. For the avoidance of doubt, the Borrower hereby authorizes the payment of the fees, legal fees, out-of-pocket costs and such other fees and expenses, in each case, as required to be paid on the Incremental Closing Date and as set forth in the Funds Flow Memo.

The Borrower hereby agrees that the payments made in accordance with the wire transfer instructions set forth in the Funds Flow Memo are made for the administrative convenience of the Borrower and that the legal effect thereof is the same as if the Proceeds were transferred directly to the Borrower by the Administrative Agent and distributed by the Borrower.

The Borrower hereby acknowledges and agrees that the disbursements are being made strictly on the basis of the information set forth in the Funds Flow Memo and in the event such information is inaccurate, the Borrower shall be liable for any and all losses, costs, taxes, fees and expenses incurred by the Administrative Agent arising out of or as a result of the Administrative Agent's compliance with the information set forth in the Funds Flow Memo to the extent required by Section 10.03 of the Credit Agreement; provided that such indemnity shall not be available to the extent that any such losses, claims, damages, liabilities or related expenses are determined by a court of competent jurisdiction by final and non-appealable judgment to have resulted primarily from the gross negligence or willful misconduct of the Administrative Agent.

The Borrower further acknowledges that any amounts disbursed by the Administrative Agent pursuant to these instructions and the Funds Flow Memo are made entirely on behalf of the

Borrower; the Administrative Agent will not be responsible for calculating taxes, reporting taxes or deducting withholding taxes owing in respect of any such disbursements; and the Borrower will indemnify the Administrative Agent for any withholding taxes owing on such disbursements (including, for the avoidance of doubt, disbursements made on behalf of the Borrower) to the extent required by Section 3.01 of the Credit Agreement. The Borrower further acknowledges that it has all required information to make any appropriate tax reporting on such payments.

The Borrower represents and warrants that the officer signing below on behalf of the Borrower is an authorized officer of the Borrower and is authorized to issue this payment direction letter on behalf of the Borrower.

This letter shall be construed under and governed by the laws of the State of New York. Delivery of an executed copy of this letter by facsimile or other electronic method of transmission shall be equally effective as delivery of an original hereof.

[*Signature Page Follows*]

Sincerely,

**FINANZA INVERSIONES S.A.S.**

By: ______________________________

Name: María Cristina Rojas
Title: Legal representative

*[Signature Page to Funding Authorization Letter]*

**EXHIBIT A**

*[Exhibit A to Funding Authorization Letter]*

# FUNDS FLOW MEMORANDUM

## FINANZA INVERSIONES S.A.S.

February 6, 2023

ACQUIOM AGENCY SERVICES LLC
150 South Fifth Street, Suite 2600,
Minneapolis, MN 55402

GCS COLOMBIA FINANCE LLC
20 Dayton Avenue
Greenwich, Connecticut 06830

GDA Luma Special Opportunities Fund, LP
1450 Brickell Bay Drive, Suite 705,
Miami, Florida 33131-3635

With copy to:

ACON COLOMBIA FINANCE II, L.L.C.
1133 Connecticut Avenue NW, Suite 700
Washington DC, 20036

Ladies and Gentlemen:

Reference is made to that certain Senior Secured Loan Agreement dated as of October 25, 2022, as amended on or about the date hereof (as amended from time to time, the "Agreement") by and among the undersigned, Finanza Inversiones S.A.S., as Borrower, Credivalores-Crediservicios S.A., as Guarantor, GCS Colombia Finance LLC, ACON Colombia Finance II, LLC and GDA Luma Special Opportunities Fund, LP, as Lenders, and ACQUIOM Agency Services LLC, as Administrative Agent. Capitalized terms used but not defined herein having the meanings given them in the Agreement.

Attached hereto as Schedule A is the Funds Flow Memorandum with respect to the Increased Commitment. The undersigned hereby confirms that the proceeds of the Increased Commitment shall be applied in accordance with such Funds Flow Memorandum. In this Funds Flow Memorandum all figures are in US Dollars.



CONFIDENTIAL 

<u>**SCHEDULE A**</u>

**FUNDS FLOW MEMORANDUM**

| | TYPE OF OPERATION | BENEFICIARY INFORMATION (Name) | BENEFICIARY'S BANK INFORMATION | REFERENCE OF PAYMENT | AMOUNT (USD) |
|---|---|---|---|---|---|
| **Lender Wires** | | | | | |
| 1. | Wire Transfer by GCS Colombia Finance LLC | ACQUIOM Agency Services LLC, as Administrative Agent | Bank: Citizens Bank 1 Citizens Dr.<br>ABA/Routing Number: 011500120<br>Address: ROP-480 Riverside, RI 02915<br>Account Number: [redacted]533<br>Reference: Finanza Inversiones | Loan disbursement under the Credit Agreement | $4,875,000 |
| 2. | Wire Transfer by GDA Luma Special Opportunities Fund, LP | ACQUIOM Agency Services LLC, as Administrative Agent | Bank: Citizens Bank 1 Citizens Dr.<br>ABA/Routing Number: 011500120<br>Address: ROP-480 Riverside, RI 02915<br>Account Number: [redacted]6533<br>Reference: Finanza Inversiones | Loan disbursement under the Credit Agreement | $4,875,000 |

| Transaction Expenses | | | | | |
|---|---|---|---|---|---|
| 3. | Wire Transfer by ACQUIOM Agency Services LLC, as Administrative Agent | Simpson Thacher & Bartlett LLP | Bank: JPMorgan Chase<br>ABA/Routing Number: 021000021<br>SWIFT: CHASUS33<br>Address: 270 Park Avenue, New York, NY 10017 U.S.A.<br>Account Number: [redacted]7338 | Payment of Lender Legal Fees | $83,411 |
| 4. | Wire Transfer by ACQUIOM Agency Services LLC, as Administrative Agent | Clifford Chance US LLP | Bank: Citibank, N.A.<br>ABA/Routing Number: 021000089<br>SWIFT: CITIUS33<br>Address: 399 Park Avenue, New York NY 10022<br>Account Number: [redacted]0197 | Payment of Borrower Legal Fees | $100,000 |
| 5. | Wire Transfer by ACQUIOM Agency Services LLC, as Administrative Agent | Gomez Pinzon Abogados S.A.S. | Bank: BANCOLOMBIA PANAMA<br>ABA/Routing Number: N/A<br>SWIFT: COLOPAPA<br>Address: Calle 47 y Aquilino de la Guardia, Plaza Marbella - Ciudad de Panamá, Panamá<br>Account Number: [redacted]0797 | Payment of Lender Legal Fees | $14,318 |
| 6. | Wire Transfer by ACQUIOM Agency Services LLC, as Administrative Agent | Munoz Aya Abogados S.A.S. | Bank: Bancolombia<br>SWIFT: COLOCOBM<br>Address:Cra 7 # 71-21, T.B, OF 401<br>Account Number: Saving Account [redacted]50-28 | Payment of Borrower Legal Fees | $13,000 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Wire Transfer by ACQUIOM Agency Services LLC, as Administrative Agent | Brown Rudnick LLP | Bank: JP Morgan Chase<br>ABA/Routing Number: 021000021<br>SWIFT: CHASUS33<br>Address: 270 Park Avenue New York, NY 10017<br>Account Number: [redacted]7067 - Brown Rudnick LLP Deposit Account | Payment of Lender Legal Fees | $25,000 |
| 8. | Wire Transfer by ACQUIOM Agency Services LLC, as Administrative Agent | Cuatrecasas, Gonçalves Pereira S.A.S. | Bank: BBVA Spain<br>SWIFT: BBVAESMMXXX<br>Address: Paseo de Gracia 84, 08018 Barcelona, España<br>IBAN: [redacted]<br>2031 | Payment of Lender Legal Fees | $40,460 |
| 9. | Wire Transfer by ACQUIOM Agency Services LLC, as Administrative Agent | Gomez-Acebo & Pombo LLP | Bank: Citibank<br>ABA/Routing Number: 021000089<br>SWIFT: CITIUS33<br>Address: 153 East 53rd Street · New York · NY 10022<br>Account Number: [redacted]3437 | Payment of Legal Fees | $8,450 |
| 10. | Wire Transfer by ACQUIOM Agency Services LLC, as Administrative Agent | RCM Consultores | Bank: BBVA Spain<br>SWIFT: BBVAESMM<br>Address: c/ Muntaner n 185 Pral, 08036 Barcelona, España<br>IBAN: [redacted]<br>7084 | Payment of Lender Consultant Fees | $25,000 |
| 11. | Wire Transfer by ACQUIOM Agency Services LLC, as Administrative Agent | Gestiona T | Bank: Banco Sabadell, SA<br>ABA/Routing Number: 066016054<br>SWIFT: BSABESBBXXX<br>Address: Paseo de la Castellana 153. *28046 Madrid<br>IBAN: [redacted]<br>0325 | Payment of Lender Consultant Fees | $9,000 |

| | | | | | |
|---|---|---|---|---|---|
| 12. | Wire Transfer by ACQUIOM Agency Services LLC, as Administrative Agent | Simpson Thacher & Bartlett LLP | Bank: JPMorgan Chase<br>ABA/Routing Number: 021000021<br>SWIFT: CHASUS33<br>Address: 270 Park Avenue, New York, NY 10017 U.S.A.<br>Account Number: [redacted]7338 | Payment of Administrative Agent Legal Fees | $10,975 |
| | | | **Net Payment To Borrower** | | |
| 13. | Wire Transfer by ACQUIOM Agency Services LLC | Finanza Inversiones S.A.S. | **INTERMEDIARY**<br>**BANK:** CITIBANK NEW YORK<br>**ABA/ROUTING:** 021000089<br>**SWIFT:** CITIUS33<br>**ADDRESS:** 111 WALL STREET – NEW YORK N.Y. – 10043 – USA<br><br>**BENEFICIARY BANK:** BANCO DE BOGOTA S.A.<br>**ADDRESS:** CALLE 36 No. 7 - 47<br>**SWIFT:** BBOGCOBB<br>**ACCOUNT NUMBER:** [redacted]2754<br><br>**FINAL BENEFICIARY:**<br>BANK: Banco de Bogotá S.A.<br>ENTITY: Finanza Inversiones S.A.S<br>Nit: 900.454.277-6<br>ACCOUNT: Corriente<br>ACCOUNT NUMBER: [redacted]8192 | Net Proceeds to Borrower | $9,420,386 |

[*Signature page follows*]

Accepted and agreed:

**FINANZA INVERSIONES S.A.S.**

By:______________________

Name: María Cristina Rojas
Title: Legal Representative