**ACTA NO. 219**
**REUNIÓN ORDINARIA DE JUNTA DIRECTIVA**
**BAN100 S.A**

En la ciudad de Bogotá D.C., a los veintiséis (26) días del mes de julio de dos mil veintitrés (2.023), siendo las diez y cuarenta y dos (10:42am) se llevó a cabo la Junta Directiva de manera no presencia, para la presente reunión contamos con la participación de los siguientes miembros:

| MIEMBROS DE JD | | | | |
|---|---|---|---|---|
| PRINCIPALES | | | SUPLENTES | |
| RENGLÓN | NOMBRE | ASISTENCIA | NOMBRE | ASISTENCIA |
| Primer Renglón | Alberto Hernandez | | | |
| Segundo Renglón | Javier Ledesma | | Gustavo H. Vega | X |
| Tercer Renglón | David Seinjet N. | | | |
| Cuarto Renglón: | Edgar Elias Muñoz | X | | |
| Quinto Renglón: | Darío Gutiérrez C. | X | Juan Felipe Roldan | X |

En ese sentido, se determinó que de acuerdo con lo establecido en los Estatutos de la Sociedad existe quórum suficiente para deliberar y decidir válidamente

**CONSIDERACIONES**

1. Al inicio de la presente reunión participaron dos miembros (02) miembros principales de la Junta Directiva, y como miembros suplentes el señor (i) Gustavo Vega y (ii) Juan Felipe Roldan, todos debidamente autorizados por la Superintendencia Financiera de Colombia para desempeñar sus cargos, conformando quórum para discutir y decidir válidamente los puntos a tratar.

2. En calidad de presidente el Señor Darío Gutierrez y como secretario el Señor Jhonier Gustavo Mantilla.

3. Asistieron como invitados el señor Danilo Morales en calidad de presidente, Hector Augusto Chaves en calidad de vicepresidente Financiero, la señora Catalina Kempowsky vicepresidente de Riesgo, el señor Ricardo Valdes, Gerente de Planeación Financiera, el señor Sergio Rodriguez, Director de Planeación Financiera, el señor Jose Manuel Echandía en Representación de la banca de inversión Pronus S.A.S, los señores Santiago Villegas y Tomas Arjona representantes de la banca de inversión Noname BI, Flor Nataly Caicedo en calidad de Gerente de Recursos Humanos, Pedro Acevedo en calidad de Oficial de Cumplimiento Principal, el señor Andres Nova en calidad de Gerente de Auditoría Interna por último el Señor Jhonier Gustavo Mantilla como Secretario General.

**ORDEN DEL DÍA**

1. Aprobación del orden del día
2. Designación del Presidente y Secretario
3. Verificación del quórum y aprobación del acta anterior
4. [...]

5. [...]
6. [redacted]
7. [...]
8. [...]
9. [...]
10. [...]
11. [...]
12. [...]
13. [...]

**2. DESIGNACIÓN DEL PRESIDENTE Y SECRETARIO**

Iniciada la sesión de Junta Directiva, se designó por unanimidad al doctor Darío Gutiérrez Cuartas como Presidente para lo que resta del periodo 2023 y parte del 2024 hasta la próxima asamblea de la Entidad y a su vez como Secretario General el señor Jhonier Gustavo Mantilla, dando cumplimiento a lo establecido en los Estatutos Sociales de la Entidad, estando los miembros participantes de acuerdo con dicha disposición, los designados reconfirman sus cargos.

Adicionalmente, el cien por ciento (100%) de los participantes comisionó al Presidente, Secretario de la reunión para suscribir el Acta resultante de la presente sesión.

**3.VERIFICACIÓN DEL QUORUM Y LECTURA DEL ACTA ANTERIOR**

A las 10 y cuarenta y cinco (10:45am), se hace llamado a lista, con el fin de confirmar la asistencia e identidad de los miembros, de acuerdo con lo establecido en el Decreto 398 de 2020, una vez esto, el secretario informa que se encuentran dos (02) miembros principales de la Junta Directiva, y los suplentes del segundo renglón y quinto renglón, por tal motivo se contaba quórum para deliberar y decidir válidamente de conformidad con los Estatutos Sociales y la Ley, adicionalmente se hace ratificación en la aprobación del acta No 217 del mes de junio de 2023 de Ban100 S.A.

**4.[...]**
**5. [...]**

**6.** [redacted]

[redacted]

[redacted]

[redacted] n [redacted] es [redacted] a [redacted] e [redacted] e [redacted] n [redacted] e [redacted] n [redacted] n [redacted] a [redacted] e [redacted] a [redacted] o [redacted] o [redacted] a [redacted] s, [redacted] n [redacted] da [redacted] s, [redacted] al [redacted] a [redacted] e [redacted] e [redacted] n [redacted] s [redacted] n [redacted] r, [redacted] e [redacted] a [redacted] al [redacted] o, [redacted] o [redacted] on [redacted] a [redacted] a [redacted] a [redacted] s) [redacted] ó [redacted] o [redacted] n [redacted] l [redacted] n, [redacted] e [redacted] o [redacted] a [redacted] a [redacted] nte [redacted] o [redacted] do [redacted] a [redacted] te [redacted] n [redacted] ) [redacted] , [redacted] a [redacted] te [redacted] a [redacted] e [redacted] n [redacted] o [redacted] on [redacted] o [redacted] a [redacted] n [redacted]

[redacted] on [redacted] a [redacted] r [redacted] n [redacted] o [redacted] o, [redacted] ó [redacted] ó [redacted] es [redacted] s [redacted] n [redacted] as [redacted] a [redacted] n [redacted] as [redacted] a [redacted] on [redacted]).

[redacted] n, [redacted] ó [redacted] n [redacted] o [redacted] a [redacted] es [redacted] a [redacted] e [redacted] s [redacted] n [redacted] e [redacted] do [redacted] o [redacted] a [redacted]:

- [redacted] e [redacted] ó [redacted]), [redacted] n [redacted] o [redacted] e [redacted] r [redacted] e [redacted] n [redacted] d [redacted] o [redacted] a [redacted] o [redacted] d [redacted]
- [redacted] a [redacted] s.

[redacted]

- [redacted] a, [redacted] on [redacted] a [redacted] ar [redacted] a [redacted] es [redacted]

[redacted]

- [redacted] o [redacted] e [redacted] ó [redacted] s [redacted] s:
    - [redacted] n [redacted] a [redacted] d [redacted] o [redacted] .
    - [redacted] n [redacted] te [redacted] do [redacted] o [redacted] to [redacted] .
    - [redacted] n [redacted] te [redacted] o, [redacted] o, [redacted] as [redacted] o [redacted] o [redacted] os [redacted] a [redacted] ad [redacted] r [redacted] o.
    - [redacted] n [redacted] te [redacted] o, [redacted] o [redacted] on [redacted] a, [redacted] o [redacted] e [redacted] te [redacted] s,
    - [redacted] s [redacted] a [redacted] o [redacted] o [redacted] e [redacted] s [redacted] s [redacted] s [redacted] e [redacted] es [redacted] s [redacted] .
    - [redacted] n [redacted] as [redacted] s, [redacted] o [redacted] a [redacted] o [redacted] ar [redacted] o [redacted] n [redacted] s [redacted] o [redacted] n [redacted] to [redacted] h, [redacted] o, [redacted] e [redacted] d [redacted] ar [redacted] s [redacted] o [redacted] es [redacted] ía [redacted] s [redacted] al [redacted] o, [redacted] a [redacted] n [redacted] a.
    - [redacted] o [redacted] ar [redacted] es [redacted] es [redacted] o, [redacted] .
    - [redacted] n [redacted] es [redacted] s [redacted] s [redacted] e [redacted] n [redacted] s.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**07. [...]**
**08. .[...]**
**09. .[...]**
**10. .[...]**
**11. .[...]**
**12. .[...]**
**13. .[...]**

**14.LEVANTAMIENTO DE SESIÓN**

En cumplimiento del Decreto 398 de 2020 el Secretario de la reunión verificó el quorum nuevamente, dejando constancia, que a las 01:00 de tarde, se encontraban presentes en la reunión tres miembros principales miembros principales, y los dos suplentes de la Junta, posteriormente se procede a levantar la sesión a las 1:03pm

| | |
|---|---|
| **PRESIDENTE** | **SECRETARIO** |
| **[FIRMADO]** | **[FIRMADO]** |
| **DARÍO GUTIÉRREZ CUARTAS** | **JHONIER GUSTAVO MANTILLA** |

**REPRESENTANTE LEGAL**

**[FIRMADO]**

**DANILO MORALES**

La presente, es una copia certificada, del acta que reposa en los libros de la Sociedad.

**JHONIER GUSTAVO MANTILLA BAUTISTA**
**Secretario**