credivalores
Le damos crédito a tus sueños

# Junta Directiva

Febrero 24 de 2025

Exhibit
22
04/29/2026
Luis Blaquier

# Agenda



1. Introducción Junta Directiva
2. Estados Financieros: Análisis cifras cierre 2024
3. Aprobación EEFF junta para presentación a asamblea
4. Estatus procesos Credivalores
5. Estructura organizacional
6. Elección Comité de Auditoría
7. Cardif
8. Proposiciones y Varios

CONFIDENTIAL

# Agenda



1. Introducción Junta Directiva
2. Estados Financieros: Análisis cifras cierre 2024
3. Aprobación EEFF junta para presentación a asamblea
4. Estatus procesos Credivalores
5. Estructura organizacional
6. Elección Comité de Auditoría
7. Cardif
8. Proposiciones y Varios

# Junta Directiva Credivalores

## Junta Directiva

Febrero de 2025




* Mientras CV sea emisor de valores, quien sea Representante Legal no podrá presidir la JD (Art. 44 Ley 964 -2005)..

## Principales Funciones

- Establecer políticas generales de la compañía.(Procesos, reglamentos etc)
- Convocar a la asamblea de accionistas a sesiones extraordinarias.
- Presentar a la asamblea de accionistas en reunión ordinaria informe de situación económica y financiera de la sociedad, innovaciones convenientes, proyecto de distribución de utilidades o sobre cancelación de pérdidas y formación de reservas ocasionales. El informe debe cumplir lo que dice el numeral 3 del art 446 del C.Co.
- Decretar establecimiento de sucursales y agencias.
- Cuidar estricto cumplimiento de disposiciones estatutarias, y ejecutar los decretos de la asamblea y la junta.
- Nombrar al Gerente de la Sociedad y fijar su remuneración
- Autorizar al Gerente para que a nombre de la Sociedad ejecute o celebre actos o contratos cuya cuantia sea superior a 4.000 SMLVM
- Proponer candidatos para Revisor Fiscal
- Proponer a la Asamblea General de Accionistas el monto del dividendo, así como la forma y plazo en que se pagará en concordancia con las normas legales y estatutarias
- Dirigir la marcha y la orientación general de los negocios sociales en interés de los mismos y ejercer las demás funciones que le señalen la ley y estos estatutos.
- Expedir los reglamentos de emisión y colocación de acciones distintas a las acciones privilegiadas
- Nombrar a los ejecutivos de cargos directivos de la Sociedad
- Ejercer las demás atribuciones que le encomiendan estos estatutos o que por naturaleza le corresponden.
- Nombrar al comité de auditoria

** <u>QUÓRUM DELIBERATORIO Y MAYORIA DECISORIA</u>: Habrá quórum para deliberar en las reuniones de la Junta Directiva con la asistencia de cinco (5) de sus miembros.*

# Agenda



1. Introducción Junta Directiva
2. Estados Financieros: Análisis cifras cierre 2024
3. Aprobación EEFF junta para presentación a asamblea
4. Estatus procesos Credivalores
5. Estructura organizacional
6. Elección Comité de Auditoría
7. Cardif
8. Proposiciones y Varios

# EEFF: Análisis cifras cierre 2024

## Balance General

| Cifras expresadas en COP$ MM | dic/23 | dic/24 | Δ $ | Δ % |
|---|---|---|---|---|
| **Activo** | | | | |
| Efectivo y equivalentes al efectivo | 59.794 | 24.302 | (35.492) | -59,4% |
| **Total activos financieros a valor razonable** | **14.789** | **3.065** | **(11.723)** | **-79,3%** |
| Créditos de consumo | 1.858.275 | 1.552.914 | (305.361) | -16,4% |
| Deterioro | (455.799) | (546.145) | (90.347) | 19,8% |
| **Cartera total de préstamos, neto** | **1.402.477** | **1.006.769** | **(395.708)** | **-28,2%** |
| Cuentas por cobrar, neto | 257.284 | 274.442 | 17.158 | 6,7% |
| **Total activos financieros a costo amortizado** | **1.659.761** | **1.281.211** | **(378.550)** | **-22,8%** |
| Activos fiscales corrientes | 41.476 | 45.834 | 4.358 | 10,5% |
| Activos por impuestos diferidos netos | 128.757 | 292.610 | 163.853 | 127,3% |
| Propiedad y equipo | 301 | 35 | (266) | -88,4% |
| Propiedades, planta y equipo - Derechos de uso | 9.289 | - | (9.289) | -100,0% |
| Activos intangibles distintos de plusvalia, netos | 12.842 | 1.051 | (11.791) | -91,8% |
| Instrumentos de Patrimonio | 4.650 | 950 | (3.700) | -79,6% |
| Inversiones en asociados y afiliados | 11.895 | - | (11.895) | -100,0% |
| **Total Activo** | **1.943.554** | **1.649.059** | **(294.495)** | **-15,2%** |
| **Pasivo** | | | | |
| **Total pasivos financieros a costo amortizado** | **1.547.566** | **1.747.151** | **199.585** | **12,9%** |
| Provisiones por beneficios a los empleados | 1.054 | 1.729 | 675 | 64,0% |
| Otras provisiones | 2.932 | 1.567 | (1.365) | -46,5% |
| Cuentas por pagar | 91.121 | 66.274 | (24.847) | -27,3% |
| Pasivos por impuestos corrientes | 1.616 | 1.107 | (509) | -31,5% |
| Otros pasivos | 25.560 | 20.555 | (5.005) | -19,6% |
| **Total Pasivos** | **1.669.849** | **1.838.384** | **168.535** | **10,1%** |
| **Patrimonio** | | | | |
| **Total de Patrimonio** | **273.705** | **(189.325)** | **(463.030)** | **-169,2%** |
| **Total de Pasivos y Patrimonio** | **1.943.554** | **1.649.059** | **(294.495)** | **-15,2%** |

**Activo:**

**Efectivo y equivalentes:** presenta una variación de (**COP -$35.492 MM / -59,4%**) debido a que durante 2024 se recibió un menor recaudo de la cartera lo cual se ve reflejado en el menor saldo de las cuentas recaudadoras de los PA

**Cartera:** ha presentado una disminución del **16.4% (COP -$305.361 MM)**, efecto de la no colocación de nuevos créditos, las ventas de cartera que la compañía realizó en lo corrido del año (**COP $172.278 MM**), la amortización natural del portafolio y la menor causación de intereses y comisiones (avales, comisiones por avance y cuota de manejo)

**Deterioro:** presentó un crecimiento por valor de **COP $90.347 MM (+19,8%)** debido a mayor reconocimiento de provisión dado el mayor deterioro de la cartera

**Cuentas por cobrar netas:** presentan un incremento de **COP $17.158 MM (+6,7%)** debido a un aumento de **COP $112.000 MM** por la reclasificación de la CxC a FI desde obligaciones financieras y la disminución de **COP$90.000 MM** por menor recaudo y cancelación PA Citibank

**Activos por impuestos diferidos netos:** se incrementa **COP $163.853 MM** por las pérdidas fiscales de 2024

**Propiedad planta y equipo por derechos de uso:** en este rubro se registran los contratos por arrendamientos bajo NIIF 16 los cuales fueron cancelados en el 4Q de 2024. Presenta una reducción de **COP $9.289 MM**

**Activos intangibles:** amortización anticipada de intangibles por contratos de exclusividad y marcas relacionadas con la tarjeta de crédito (Crediuno)

**Instrumentos de Patrimonio:** se actualiza el valor patrimonial de la inversión en Agrocañas

**Inversiones en asociados y afiliados:** esta variación se da por la provisión al 100% de la inversión en Inverefectivas

**Pasivo:**

**Obligaciones financieras:** se incrementa en **COP $199.585 MM** debido al aumento de la TRM (de **COP $3.822,05** en 2023 a **COP $4.409,15** en 2024 = **+COP $587,10**), reclasificación de la CxC que se tiene con FI (**COP $112.000 MM**) la cual generaba un menor valor de las obligaciones financieras y acumulación de cupones pendientes de pago (bono internacional, notas ECP, FNG entre otros)

**Cuentas por pagar:** el mayor efecto se dio por el cruce de cuentas por pagar a Ban100 vs entrega de cartera Citibank (**COP $32.000 MM**)

**Patrimonio:**

El Patrimonio decreció en **COP $463.030 MM** debido a los efectos de la pérdida reportada durante el año 2024 por valor de **COP $462.765 MM**

## Estado de Resultados

| Cifras expresadas en COP$ MM | 2.023 | 2.024 | Δ $ | Δ % |
|---|---|---|---|---|
| Ingresos por intereses y asimilados | 272.862 | 126.503 | (146.359) | -53,6% |
| Costos financieros intereses | (99.188) | (435.088) | (335.900) | 338,7% |
| Intereses | (251.027) | (217.832) | 33.195 | -13,2% |
| Derivados | 204.808 | (186.783) | (391.590) | -191,2% |
| CT Pasivos | (52.969) | (30.474) | 22.495 | -42,5% |
| Ingresos por comisiones y otros servicios con clientes | 65.074 | 18.787 | (46.287) | -71,1% |
| **Intereses netos** | **238.748** | **(289.799)** | **(528.547)** | **-221,4%** |
| Gastos por provisiones y condonaciones de cartera de crédito | (122.924) | (196.261) | (73.337) | 59,7% |
| Gastos en provisiones de otras cuentas por cobrar | (12.988) | (50.497) | (37.509) | 288,8% |
| **(Pérdida) ganancia por actividades de operación** | **102.836** | **(536.556)** | **(639.392)** | **-621,8%** |
| **Otros gastos** | | | | |
| Gastos por beneficios a los empleados | (12.922) | (13.573) | (651) | 5,0% |
| Gasto por depreciación y amortización | (6.916) | (12.957) | (6.041) | 87,4% |
| Gasto por depreciación de activos de derecho de uso | (2.239) | (1.881) | 358 | -16,0% |
| Otros gastos | (80.003) | (64.509) | 15.494 | -19,4% |
| **Total Otros Gastos** | **(102.080)** | **(92.920)** | **9.160** | **-9,0%** |
| **(Pérdida) utilidad neta operacional** | **756** | **(629.476)** | **(630.232)** | **-83343,3%** |
| **Ingresos financieros** | | | | |
| Otros ingresos | 1.421 | 3.423 | 2.002 | 140,9% |
| Rendimientos financieros | 6.986 | 267 | (6.719) | -96,2% |
| **Total Ingresos (Gastos) Financieros** | **8.407** | **3.691** | **(4.716)** | **-56,1%** |
| **Costos financieros** | | | | |
| Valoración inversiones a valor razonable | (3) | (433) | (430) | 14345,1% |
| **Total otros costos Financieros** | **(3)** | **(433)** | **(430)** | **14345,1%** |
| **Resultado financieros netos** | **8.404** | **3.257** | **(5.147)** | **-61,2%** |
| **(Pérdida) ganancia, antes de impuestos** | **9.160** | **(626.219)** | **(635.379)** | **-6936,3%** |
| Gasto por impuestos | (2.300) | 163.454 | 165.754 | -7206,7% |
| **(Pérdida) utilidad neta del ejercicio** | **6.860** | **(462.765)** | **(469.625)** | **-6845,7%** |

**Pérdida del ejercicio:**

La compañía muestra una pérdida al cierre de 2024 por valor de **COP $462.765 MM**, lo cual se explica a continuación:

**Intereses Netos:**

Durante 2024 los intereses netos se redujeron en **COP $528.547 MM**, como resultado de un menor ingreso por intereses (**COP -$146.359 MM**), menores comisiones (**COP -$46.287 MM**), de la disminución del pasivo con costo (**COP $33.195 MM**) generado principalmente por la cancelación de la deuda con Citibank por valor de **COP $111.247 MM** y la reducción de la tasa de intervención por parte de BanRep (que pasó de tasas entre un mínimo del **12%** y un máximo del **13,25%** para 2023 a tasas entre un mínimo del **9,5%** y un máximo del **13%** en 2024) y a su vez, por la estrategia cambiaria adoptada por la compañía (**COP -$391.590 MM** dado el incremento de la TRM en **COP $587,10**)

**Provisiones:**

La compañía presenta un crecimiento en sus provisiones por **COP $73.337 MM**, como resultado principalmente de la estrategia de condonaciones (**+COP $74.275 MM**). En el total de provisiones de cartera (**COP $196.261 MM**) , por deterioro se tienen **COP $103.558 MM** y por condonaciones **COP $92.703 MM**

**Otros Gastos:**

Se observa que la compañía viene realizando una política de control de costos y gastos, generando una reducción por valor de **COP $15.494 MM (-19,4%)**. Esta reducción se da por el cierre del producto de tarjeta de crédito, la reducción de procesos y por ende de personal para mantener a la compañía con la operación mínima necesaria lo cual incluye además el cierre de contratos por servicios no vitales, el cierre de oficinas de la marca Credivalores y el cambio de sede administrativa

# Agenda



1. Introducción Junta Directiva
2. Estados Financieros: Análisis cifras cierre 2024
3. Aprobación EEFF junta para presentación a asamblea
4. Estatus procesos Credivalores
5. Estructura organizacional
6. Elección Comité de Auditoría
7. Cardif
8. Proposiciones y Varios

## Aprobación EEFF junta para presentación a asamblea

En el archivo adjunto se encuentran los EEFF a corte diciembre de 2024 con sus respectivas notas:

Credivalores
łos Financieros 12

# Agenda



1. Introducción Junta Directiva
2. Estados Financieros: Análisis cifras cierre 2024
3. Aprobación EEFF junta para presentación a asamblea
4. Estatus procesos Credivalores
5. Estructura organizacional
6. Elección Comité de Auditoría
7. Cardif
8. Proposiciones y Varios

# Proceso de Reorganización 1116 – Chapter 11

## Credivalores Crediservicios S.A.

## NIT 805025964

H | B
LEGAL

# CHAPTER 11

H|B LEGAL

- Proceso recuperatorio de insolvencia en U.S.
- Prepackaged Plan of Reorganization tenía por objeto la reestructuración de los bonos 8.875% Senior Notes.
- El plan fue aprobado el 2 de julio de 2024, por el Tribunal de Quiebras del Distrito Sur de Nueva York.
- El plan no se ha hecho efectivo por cuanto no se han pagado los fees de los asesores legales, financieros y al US Trustee.
- Actualmente se están adelantando negociaciones con los Bonistas para cambiar el Plan Financiero.

# Ley 1116 de 2006

- El 30 de agosto de 2024, la compañía presentó solicitud de admisión al proceso de reorganización empresarial en los términos de la Ley 1116 de 2006.
- Mediante Auto 2024-01-945497 del 12 de diciembre de 2024, la SS admitió a la compañía al proceso de reorganización empresarial.
- El 21 de enero de 2025, SS publicó Aviso de la admisión de la compañía a proceso de reorganización empresarial.
- El promotor designado en el Proceso de Reorganización es **Álvaro Ordoñez Terán.**

# Ley 1116 de 2006

- Se han cumplido con las siguientes ordenes de la SS:
  - Envío dentro de los 10 días siguientes la actualización del Inventario de activos y pasivos y EE.FF
  - Registro de Ejecución Concursal ante Confecámaras
  - Fijar el aviso en Lugar visible de la sede principal
  - Comunicación del proceso a los juzgados, fiduciarias, notarios y acreedores.

# Ley 1116 de 2006

- Se han tramitado las siguientes solicitudes de autorización de pago ante la SS:
  - Pago de cesantías e intereses de cesantías
  - Pequeñas acreencias – Proveedores estratégicos
  - Entrega de recursos embargados
  - Pago de US Trustee – Chapter 11
- El día XX vence el término para que el Promotor presente el proyecto de votos y créditos actualizado.
- Actualmente se esta a la espera de pronunciamiento de la SS de la autorización de pagos anteriormente mencionados.

# Situación Jurídica

H | B LEGAL

**Fiscalización:**

- La sociedad es vigilada por la Superintendencia de Sociedades por su actividad (libranza) y por la Superintendencia Financiera de Colombia (por la emisión de bonos en el segundo mercado).
- Mediante Resolución 2024-01-931871 de 3 de diciembre de 2024, la SS sometió a grado de fiscalización denominado Control a la compañía.
- El acto administrativo fue recurrido y apelado por la compañía el pasado 17 de diciembre de 2024.

H|B LEGAL

- Mediante Resolución 2025-01-043457 de 11 de febrero de 2025, la SS resolvió exonerar del grado de supervisión a la sociedad de la siguiente manera:

  - *La Sociedad ha cambiado su estado encontrándose en una **nueva situación jurídica** como lo es "**en Reorganización**", lo cual permitirá a la Superintendencia de Sociedades, en sede jurisdiccional, ejercer un <u>seguimiento a la gestión de los administradores y a las medidas que adopte la Sociedad para solventar la crisis económica</u> , así como la cesación de pagos que ha evidenciado y ha hecho entre ver esta Delegatura*

  - *La Sociedad atendiendo la finalidad de la decisión adoptada por la Entidad, ha venido realizando una **serie de actuaciones y adoptando** determinaciones para terminar con la incertidumbre financiera de la compañía y, sanear su situación económica y contable.*

  - *Es procedente exonerar del sometimiento al grado de Control a la sociedad CREDIVALORES – CREDISERVICIOS S.A., **pese a persistir la crisis económica y contable**, en atención a que ello **<u>pretende ser zanjado con el eventual acuerdo de reorganización</u>** que celebre la Sociedad con sus acreedores, sumado a que la Delegatura mantendrá el seguimiento a la gestión de los administradores en el reconocimiento de sus hechos económicos y su respectiva presentación bajo los lineamientos de NIIF y las normas que le apliquen.*

# Agenda



1. Introducción Junta Directiva
2. Estados Financieros: Análisis cifras cierre 2024
3. Aprobación EEFF junta para presentación a asamblea
4. Estatus procesos Credivalores
5. Estructura organizacional
6. Elección Comité de Auditoría
7. Cardif
8. Proposiciones y Varios

CONFIDENTIAL

**Costo Estructura Anterior**

| FTE | Costo nómina mensual |
|---|---|
| 92 | $ 682.604.509 |

**Disminuciones de Planta**

(-)

| FTE de renuncias que no se cubre | Costo |
|---|---|
| - 3 | $19.476.730 |

| FTE | Contrato de CV a Ban100 |
|---|---|
| - 12 | $101.682.159 |

(+)

**Novedades de Personal**

| Incremento FTE Cesiones contrato ASF | Costo nómina mensual |
|---|---|
| 31 | $ $ 109.600.509 |

(=)

**Costo Nueva Estructura**

| FTE Actual | Costo nómina mensual |
|---|---|
| 108 | $ 671.046.129 |

**Reducción nómina mensual**

➡ -11.558.380

# Estructura organizacional

## Propuesta Organigrama General



# Propuesta Organigrama Tesorería




2 FTE

## Propuesta Organigrama Planeación Financiera

- Credivalores
- Credivalores
- Proceso
- Recategorización de Cargo




2 FTE

# Propuesta Organigrama Auditoria y Procesos




4 FTE

# Estructura organizacional

## Propuesta Organigrama Operaciones




20 FTE

# Propuesta Organigrama Riesgo y Cobranza

- Credivalores
- Credivalores
- Proceso
- Recategorización de Cargo




32 FTE

Estructura organizacional

## Propuesta Organigrama Dirección Jurídica



# Estructura organizacional

## Propuesta Organigrama Administrativo y SAC

- Credivalores
- Credivalores
- Proceso




7 FTE

16 FTE(SAC)

## Propuesta Organigrama Contabilidad e Impuestos

- Credivalores
- Credivalores
- Proceso




11 FTE

CONFIDENTIAL

## Propuesta Organigrama Tecnología



# Agenda

1. Introducción Junta Directiva
2. Estados Financieros: Análisis cifras cierre 2024
3. Aprobación EEFF junta para presentación a asamblea
4. Estatus procesos Credivalores
5. Estructura organizacional
6. Elección Comité de Auditoría
7. Cardif
8. Proposiciones y Varios



## Comité de Auditoria




## Reglas Generales (Ley 964 de 2005 Art. 45)

- ✓ Los miembros del Comité son elegidos por la Junta Directiva
- ✓ Deben estar integrado por un mínimo de tres miembros de la Junta Directiva, incluidos todos sus miembros independientes.
- ✓ El presidente de dicho comité deberá ser un miembro independiente y deberá ser elegido por la Junta Directiva
- ✓ Reunirse trimestralmente
- ✓ Acoger un reglamento de funcionamiento
- ✓ Para el cumplimiento de sus funciones el comité de auditoria podrá invitar asesores, administradores .y revisoría fiscal.

*<u>* QUÓRUM DELIBERATORIO Y MAYORIA DECISORIA</u>: Habrá quórum para deliberar en las reuniones del Comité con la mayoría absoluta de sus miembros. Las decisiones se tomarán por mayoría simple.*

# Agenda



1. Introducción Junta Directiva
2. Estados Financieros: Análisis cifras cierre 2024
3. Aprobación EEFF junta para presentación a asamblea
4. Estatus procesos Credivalores
5. Estructura organizacional
6. Elección Comité de Auditoría
7. Cardif
8. Proposiciones y Varios

CONFIDENTIAL

# Estatus Seguro de Vida grupo Deudores - CARDIF

## Generalidades Seguro de Vida grupo Deudores

- ✓ Toda la cartera propia y administrada se encuentra amparada bajo una póliza colectiva denominada "Seguro de Vida Grupo Deudores" que cubre el saldo insoluto del saldo del crédito en los eventos de muerte o incapacidad total y permanente del deudor.
- ✓ Credivalores es el Tomador de la póliza y el recaudador de las primas de seguro .
- ✓ En todos nuestros esquemas de fondeo, Credivalores en calidad de administrador de la cartera está obligado a mantener el seguro d Vida Deudor (P.A Sindicado, P.A. Systemgroup, P.A. UBS)

## Condiciones generales póliza actual

Se hizo invitación pública y se adjudicó la póliza a Cardif bajo las siguientes condiciones:

- ➤ Valor Asegurado :Saldo Insoluto de la Deuda Hasta máximo 200 SMMLV
- ➤ Desde las 23:59 del 28 de Febrero 2023 hasta las 23:59 de Febrero del 2025
- ➤ Retorno del 27% primas recaudadas.



CONFIDENTIAL

# Estatus Seguro de Vida grupo Deudores - CARDIF

## Estado cartera con Cardif a 31 de enero 2025

| VALOR A CRUZAR POR FECHA DE PAGO A 31 DE ENE 2025 | |
|---|---|
| PRIMAS ADEUDADAS A DICIEMBRE 2024 | $6.359,5 |
| SINIESTROS DEFINIDOS POR CARDIF A FAVOR DE CV AL 17 DE FEBRERO 2025 | $3.443,5 |
| SINIESTROS AFECTACIÓN BOLSA COMERCIAL CREDIVALORES | $ 294,0 |
| **SUBTOTAL** | **$2.622,0** |
| COMISIONES - RETORNO 27% | $1.420,0 |
| **TOTAL** | **$1.202,0** |

- ✓ Cardif tiene instaurado un proceso por Resolución de contrato
- ✓ Intentamos un acuerdo de transacción pero Cardif exige pago total de lo adeudado y no prorroga de la cobertura



CONFIDENTIAL

# Agenda



1. Introducción Junta Directiva
2. Estados Financieros: Análisis cifras cierre 2024
3. Aprobación EEFF junta para presentación a asamblea
4. Estatus procesos Credivalores
5. Estructura organizacional
6. Elección Comité de Auditoría
7. Cardif
8. Proposiciones y Varios

## Chief Restructuring Officer - R.L.

- ✓ **Nombramiento Junta Directiva – R.L.:**

  7 de febrero de 2025

- ✓ **Registro en Cámara de Comercio – R.L.**

  13 de febrero de 2025

## Actividades

- ✓ **CH11:** Presentación – negociación Bondholders. (en curso).
- ✓ **1116:** Preparación de calificación y graduación de créditos
  Plazo: 15 de mazo 2025. (en curso).
- ✓ **Fondeo de Largo Plazo:**

  a. Firmas de abogados (2)
  b. Fondos de Inversión (4)

  **Propuestas:** marzo/25 - Aprobación JD en sesión extraordinaria
- ✓ **Gestión cuentas por cobrar a Terceros Vinculados**

  - Mandato legal

  - **Presentación estrategia:** 3 a 4 semanas – Aprobación JD en sesión extraordinaria



CONFIDENTIAL

# Relación Terceros Vinculados

| | |
|---|---|
| FINANZA INVERSIONES S.A.S | 112.297.422.272 |
| INVERSIONES MAD CAPITAL SAS | 11.378.183.278 |
| INGENIO LA CABAÑA S.A. (cobro actual bajo proceso 1116) | 2.680.573.711 |
| ASESORIAS FINANCIERAS DE CREDITO S.A.S. ASFICREDIT | 59.041.019.845 |
| BAN100 S.A (cobro en procesos de compensación – operación) | 1.700.000 |
| INGENIO LA CABAÑA S.A. (cobro actual bajo proceso 1116) | 1.615.515.961 |
| BAN100 S.A (cobro en procesos de compensación – operación) | 51.033.533 |
| CREDIHOLDING S.A.S | 1.815.243.834 |
| * Información registra EEFF - 2024 | 188.880.692.434 |



CONFIDENTIAL

credivalores