Initial
CM
American Translators Association
ata
Claudia Marquez
English into Spanish
Certification #554420
Certified Translator
CLAUDIA MÁRQUEZ MORENO
REPÚBLICA BOLIVARIANA DE VENEZUELA
GACETA OFICIAL
Nº 42.108
DE FECHA
16-04-2021
INTÉRPRETE PÚBLICO • IDIOMA INGLÉS

# CREDIVALORES

We Grant Credits for Your Dreams

Board of Director
February 24, 2025

Exhibit
22
04/29/2026
Luis Blaquier

Initial CM
American Translators Association
Claudia Marquez English into Spanish Certification #554420
Certified Translator
CLAUDIA MÁRQUEZ MORENO
REPÚBLICA BOLIVARIANA DE VENEZUELA
GACETA OFICIAL Nº 42.108 DE FECHA 16-04-2021
INTÉRPRETE PÚBLICO • IDIOMA INGLÉS

## Agenda

1. Introduction of the Board of Directors
2. Financial Statements: Analysis of Year-End 2024 Figures
3. Board Approval of the Financial Statements for Submission to the Shareholders' Meeting
4. Status of Credivalores Proceedings
5. Organizational Structure
6. Appointment of the Audit Committee
7. Cardif
8. Motions and Miscellaneous

Initial CM

American Translators Association ata Claudia Marquez English into Spanish Certification #554420 Certified Translator

CLAUDIA MÁRQUEZ MORENO REPÚBLICA BOLIVARIANA DE VENEZUELA GACETA OFICIAL Nº 42.108 DE FECHA 16-04-2021 INTÉRPRETE PÚBLICO • IDIOMA INGLÉS

## Agenda

1. Introduction of the Board of Directors
2. Financial Statements: Analysis of Year-End 2024 Figures
3. Board Approval of the Financial Statements for Submission to the Shareholders' Meeting
4. Status of Credivalores Proceedings
5. Organizational Structure
6. Appointment of the Audit Committee
7. Cardif
8. Motions and Miscellaneous

Initial CM

## Board of Directors
February 2025




* As long as CV (Credivalores) remains an issuer of securities, the Legal Representative may not serve as Chair of the Board of Directors (Article 44 of Law 964 of 2005).

## Main Duties

- To establish general policies for the Company. (Processes, regulations, etc.).
- To call the Shareholders' Meeting for special sessions.
- To submit to the Shareholders' Meeting, at its annual meeting, a report on the Company's economic and financial condition, recommended measures, the proposed distribution of profits or the cancellation of losses, and the establishment of special reserves. The report must comply with the provisions of paragraph 3 of Article 446 of the Commercial Code.
- To authorize the establishment of branches and agencies.
- To ensure strict compliance with statutory provisions and to implement the resolutions of the Shareholders' Meeting and the Board of Directors.
- To appoint the Company's Manager and determine his or her compensation.
- To authorize the Manager, acting on behalf of the Company, to execute or enter into any acts or agreements involving an amount in excess of 4,000 Colombian Statutory Monthly Minimum Wages (SMLVM).
- To propose candidates for the position of Statutory Auditor.
- To propose to the General Shareholders' Meeting the amount of the dividend, as well as the method and term of its payment, in accordance with regulatory and statutory provisions.
- To direct the management and general conduct of the Company's business in its best interests and to perform such other duties as may be prescribed by law and these Bylaws.
- To issue regulations governing the issuance and placement of shares other than preferred shares.
- To appoint executives to management positions within the Company.
- To perform such other duties as are entrusted to it under these Bylaws or as may be inherent in the nature of its functions.
- To appoint the Audit Committee.

***QUORUM FOR DELIBERATIONS AND DECISION-MAKING MAJORITY:*** The quorum for deliberations at meetings of the Board of Directors shall consist of five (5) members in attendance.

**CONFIDENTIAL**

**GDA0001079**

Initial CM

Agenda

1. Introduction of the Board of Directors
2. Financial Statements: Analysis of Year-End 2024 Figures
3. Board Approval of the Financial Statements for Submission to the Shareholders’ Meeting
4. Status of Credivalores Proceedings
5. Organizational Structure
6. Appointment of the Audit Committee
7. Cardif
8. Motions and Miscellaneous

## Balance Sheet

Initial CM

| Figures expressed in COP millions | Dec/23 | Dec/24 | Δ$ | Δ% |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash and cash equivalents | 59,794 | 24,302 | (35,492) | -59.4% |
| **Total financial assets at fair value** | **14,789** | **3,065** | **(11,723)** | **-79.3%** |
| Consumer loans | 1,858,275 | 1,552,914 | (305,361) | -16.4% |
| Impairment | (455,799) | (546,145) | (90,347) | 19.8% |
| **Total loan portfolio, net** | **1,402,477** | **1,006,769** | **(395,708)** | **-28.2%** |
| Accounts receivable, net | 257,284 | 274,442 | 17,158 | 6.7% |
| **Total financial assets at amortized cost** | **1,659,761** | **1,281,211** | **(378,550)** | **-22.8%** |
| Current tax assets | 41,476 | 45,834 | 4,358 | 10.5% |
| Deferred tax assets, net | 128,757 | 292,610 | 163,853 | 127.3% |
| Property and equipment | 301 | 35 | (266) | -88.4% |
| Property, plant and equipment – right-of-use assets | 9,289 | -- | (9,289) | -100.0% |
| Intangible assets other than goodwill, net | 12,842 | 1,051 | (11,791) | -91.8% |
| Equity instruments | 4,650 | 950 | (3,700) | -79.6% |
| Investments in associates and affiliates | 11,895 | -- | (11,895) | -100.0% |
| **Total Assets** | **1,943,554** | **1,649,059** | **(294,495)** | **-15.2%** |
| **Liabilities** | | | | |
| **Total financial liabilities at amortized cost** | **1,547,566** | **1,747,151** | **199,585** | **12.9%** |
| Employee benefit provisions | 1,054 | 1,729 | 675 | 64.0% |
| Other provisions | 2,932 | 1,567 | (1,365) | -46.5% |
| Accounts payable | 91,121 | 66,274 | (24,847) | -27.3% |
| Current tax liabilities | 1,616 | 1,107 | (509) | -31.5% |
| Other liabilities | 25,560 | 20,555 | (5,005) | -19.6% |
| **Total Liabilities** | **1,669,849** | **1,838,384** | **168,535** | **10.1%** |
| **Equity** | | | | |
| **Total Equity** | **273,705** | **(189,325)** | **(463,030)** | **-169.2%** |
| **Total Liabilities and Equity** | **1,943,554** | **1,649,059** | **(294,495)** | **-15.2%** |

**Assets:**

**Cash and Cash Equivalents:** shows a variation by **(COP -35,492 million / -59.4%)**, as lower portfolio collections were received during 2024, which is reflected in the lower balances of the collection accounts of the PA (Autonomous Trusts).

**Loan portfolio:** has decreased by **16.4% (COP -305,361 million)** as a result of the reduction in new loan originations, the portfolio sales carried out by the Company during the year to date **(COP 172,278 million)**, the natural amortization of the portfolio, and lower accruals of interest and fees (guarantee fees, cash advance fees, and account maintenance fees).

**Impairment:** Increased by **COP 90,347 million (+19.8%)** due to the higher recognition of provisions resulting from the increased impairment of the loan portfolio.

**Net Accounts Receivable:** Increased by **COP 17,158 million (+6.7%),** due to an increase of **COP 112,000 million** resulting from the reclassification of accounts receivable to financial institutions from financial liabilities, and a decrease of **COP 90,000 million** due to lower collections and the termination of the Citibank PA (Autonomous Trust).

**Deferred tax assets, net:** Increased by **COP 163,853 million** as a result of tax losses incurred in 2024.

**Property, plant and equipment – right-of-use assets:** This line item includes lease agreements recognized under IFRS 16, which were terminated in the fourth quarter (Q4) of 2024. It decreased by **COP 9,289 million.**

**Intangible Assets:** Accelerated amortization of intangible assets related to exclusivity agreements and trademarks associated with the Crediuno credit card.

**Equity instruments:** The carrying amount of the investment in Agrocanas is updated.

**Investments in associates and affiliates:** This change is due to the recognition of a 100% provision against the investment in Inverefectivas.

**Liabilities:**

**Financial Liabilities:** Increased by **COP 199,585 million** due to the increase in the representative market exchange rate (TRM), (from **COP 3,822.05** in 2023 to **COP 4,409.15** in 2024 = **+COP 587.10**), the reclassification of the accounts receivable balance with Financial Institutions **(COP 112,000 million)**, which had previously reduced the carrying amount of financial liabilities, and the accumulation of outstanding coupon payments (including those related to international bonds, ECP notes, FNG, among others).

**Accounts Payable:** The main impact resulted from the offsetting of accounts payable to Ban100 against the transfer of the Citibank loan portfolio (**COP 32,000 million**).

**Equity:**

Equity decreased by **COP 463,030 million** due to the loss reported for 2024, amounting to **COP 462,765 million**.

CONFIDENTIAL

# Income Statement

| Figures expressed in COP millions | 2023 | 2024 | Δ$ | Δ% |
|---|---|---|---|---|
| Interest income and similar income | 272,862 | 126,503 | (146,359) | -53.6% |
| Finance costs – interest | (99,188) | (435,088) | (335,900) | 338.7% |
| Interest | (251,027) | (217,832) | 33,195 | -13.2% |
| Derivatives | 204,808 | (186,783) | (391,590) | -191.2% |
| Current liabilities | (52,969) | (30,474) | 22,495 | -42.5% |
| Fee and other service income from customers | 65,074 | 18,787 | (46,287) | -71.1% |
| **Net interest** | **238,748** | **(289,799)** | **(528,547)** | **-221.4%** |
| Expenses for loan portfolio provisions and forgiveness | (122,924) | (196,261) | (73,337) | 59.7% |
| Provision expenses for other accounts receivable | (12,988) | (50,497) | (37,509) | 288.8% |
| **(Loss) gain from operating activities** | **102,836** | **(536,556)** | **(639,392)** | **-621.8%** |
| **Other expenses** | | | | |
| Employee benefit expenses | (12,922) | (13,573) | (651) | 5.0% |
| Depreciation and amortization expense | (6,916) | (12,957) | (6,041) | 87.4% |
| Depreciation expense on right-of-use assets | (2,239) | (1,881) | 358 | -16.0% |
| Other expenses | (80,003) | (64,509) | 15,494 | -19.4% |
| **Total other expenses** | **(102,080)** | **(92,920)** | **9,160** | **-9.0%** |
| **Operating net (loss) income** | **756** | **(629,476)** | **(630,232)** | **-83343.3%** |
| **Financial income** | | | | |
| Other income | 1,421 | 3,423 | 2,002 | 140.9% |
| Financial income | 6,986 | 267 | (6,719) | -96.2% |
| **Total financial income (expenses)** | **8,407** | **3,691** | **(4,716)** | **-56.1%** |
| **Finance costs** | | | | |
| Fair value measurement of investments | (3) | (433) | (430) | 14345.1% |
| **Total other finance costs** | **(3)** | **(433)** | **(430)** | **14345.1%** |
| **Net financial result** | **8,404** | **3,257** | **(5,147)** | **-61.2%** |
| **(Loss) profit, before tax** | **9,160** | **(626,219)** | **(635,379)** | **-6936.3%** |
| Tax expense | (2,300) | 163,454 | 165,754 | -7206.7% |
| **Net (loss) profit for the year** | **6,860** | **(462,765)** | **(469,625)** | **-6845.7%** |

**Loss for the year:**

The Company reported a loss of **COP 462,765 million** as of year-end 2024, as explained below:

**Net interest:**

In 2024, net interest income decreased by **COP 528,547 million** as a result of lower interest income **(COP -146,359 million)**, lower fees **(COP -46,287 million)**, a decrease in interest-bearing liabilities **(COP 33,195 million)**, primarily due to the repayment of the debt owed to Citibank in the amount of **COP 111,247 million**, and the reduction in the benchmark interest rate set by Banco de la Republica (BanRep), which ranged from a low of **12%** to a high of **13.25%** in 2023, compared with a low of **9.5%** and a high of **13%** in 2024. The decrease was also attributable to the foreign exchange strategy adopted by the Company **(COP -391,590 million)**, given the **COP 587.10** increase in the representative market exchange rate (TRM).

**Provisions:**

The Company reported an increase of **COP 73,337 million** in its provisions, primarily as a result of the debt forgiveness strategy **(+COP 74,275 million).** Total loan portfolio provisions amounted to **(COP 196,261 million)**, of which **COP 103,558 million** is related to impairment and **COP 92,703 million** to debt forgiveness.

**Other expenses:**

It can be seen that the Company has been implementing a policy of cost and expenditure control, resulting in a reduction of **COP 15,494 million (-19.4%).** This reduction resulted from the discontinuation of the credit card product, the downsizing of operations and, consequently, staff reductions to maintain the Company at the minimum operational level necessary. This also included the termination of contracts for nonessential services, the closure of Credivalores-branded offices, and the relocation of the administrative headquarters.

Initial CM

American Translators Association
ata
Claudia Marquez
English into Spanish
Certification #554420
Certified Translator

CLAUDIA MÁRQUEZ MORENO
REPÚBLICA BOLIVARIANA DE VENEZUELA
GACETA OFICIAL
Nº 42.108
DE FECHA
16-04-2021
INTÉRPRETE PÚBLICO • IDIOMA INGLÉS

## Agenda

1. Introduction of the Board of Directors
2. Financial Statements: Analysis of Year-End 2024 Figures
3. Board Approval of the Financial Statements for Submission to the Shareholders' Meeting
4. Status of Credivalores Proceedings
5. Organizational Structure
6. Appointment of the Audit Committee
7. Cardif
8. Motions and Miscellaneous

Initial
CM

American Translators Association
ata
Claudia Marquez
English into Spanish
Certification #554420
Certified Translator

CLAUDIA MÁRQUEZ MORENO
REPÚBLICA BOLIVARIANA DE VENEZUELA
GACETA OFICIAL Nº 42.108 DE FECHA 16-04-2021
INTÉRPRETE PÚBLICO • IDIOMA INGLÉS

The attached file contains the financial statements as of December 2024, together with the corresponding notes:

Initial
CM
American Translators Association
ata
Claudia Marquez
English into Spanish
Certification #554420
Certified Translator
CLAUDIA MÁRQUEZ MORENO
REPÚBLICA BOLIVARIANA DE VENEZUELA
GACETA OFICIAL
Nº 42.108
DE FECHA
16-04-2021
INTÉRPRETE PÚBLICO • IDIOMA INGLÉS

## Agenda

1. Introduction of the Board of Directors
2. Financial Statements: Analysis of Year-End 2024 Figures
3. Board Approval of the Financial Statements for Submission to the Shareholders' Meeting
4. Status of Credivalores Proceedings
5. Organizational Structure
6. Appointment of the Audit Committee
7. Cardif
8. Motions and Miscellaneous

Initial CM

**Reorganization Proceedings**
**1116 – Chapter 11**

**Credivalores**
**Crediservicios S.A.**

**NIT 805025964**

Initial
CM
American Translators Association
ata
Claudia Marquez
English into Spanish
Certification #554420
Certified Translator
CLAUDIA MÁRQUEZ MORENO
REPÚBLICA BOLIVARIANA DE VENEZUELA
GACETA OFICIAL
Nº 42.108
DE FECHA
16-04-2021
INTÉRPRETE PÚBLICO • IDIOMA INGLÉS

# CHAPTER 11

- U.S. Insolvency Recovery Proceedings

- The Prepackaged Plan of Reorganization was intended to restructure the 8.875% Senior Notes bonds.

- The plan was approved on July 2, 2024, by the United States Bankruptcy Court for the Southern District of New York.

- The plan has not become effective because the fees owed to the legal and financial advisors and the U.S. Trustee have not been paid.

- Negotiations with the Bondholders are currently underway to amend the Financial Plan.

Initial
CM

# Law 1116 of 2006

- On August 30, 2024, the Company filed an application to be admitted to corporate reorganization proceedings pursuant to the terms of Law 1116 of 2006.

- By Order 2024-01-945497 dated December 12, 2024, the Superintendence of Companies admitted the Company to the corporate reorganization proceedings.

- On January 21, 2025, the Superintendence of Companies posted the Notice of admission of the Company to the corporate reorganization proceedings.

- The appointed restructuring officer in the Reorganization Proceedings is **Alvaro Ordonez Teran.**

Initial
CM

# Law 1116 of 2006

- The following orders issued by the Superintendence of Companies have been complied with:
    - Submission of the updated statement of assets and liabilities and financial statements within the following 10 days.
    - Registration of the Insolvency Proceedings with Confecamaras.
    - Posting the notice in a conspicuous place at the Company's principal office.
    - Notification of the proceedings to the courts, trust companies, notaries public, and creditors.

Initial CM

# Law 1116 of 2006

- The following payment authorization requests have been filed with the Superintendence of Companies:
  - Payment of severance benefits and interest on severance benefits.
  - Small Debts – Strategic Suppliers
  - Delivery of Garnished Funds
  - Payment of U.S. Trustee Fees – Chapter 11 Proceedings
- The deadline for the appointed restructuring officer to submit the updated list of votes and claims expires on XX.
- We are currently awaiting a decision from the Superintendence of Companies on the previously mentioned payment authorization requests.

Initial CM

# Legal Status

**<u>Oversight:</u>**

• The Company is subject to the oversight of the Superintendence of Companies due to its payroll-deducted loan business (*libranza*) and of the Financial Superintendence of Colombia due to its issuance of bonds in the second market.

• By Resolution No. 2024-01-931871 dated December 3, 2024, the Superintendence of Companies placed the Company under the level of regulatory oversight known as Control.

• The Company filed a motion for reconsideration and an appeal against the administrative order on December 17, 2024.

• By Resolution No. 2025-01-043457 dated February 11, 2025, the Superintendence of Companies resolved to relieve the Company of this level of supervision as follows:

- *The Company's status has changed, placing it in a* ***new legal situation****, namely,* ***"in reorganization,"*** *this will allow the Superintendence of Companies, acting in its judicial capacity, to monitor the management of the Company's directors and the measures adopted by the Company to address its financial crisis, as well as the cessation of payments that the Company has evidenced and that this Delegation has identified.*

- *In keeping with the purpose of the decision adopted by the Entity, the Company has undertaken a* ***series of actions and adopted*** *measures to resolve its financial uncertainty and improve its financial and accounting position.*

- *It is appropriate to exempt CREDIVALORES – CREDISERVICIOS S.A. from being subject to the level of supervision known as Control,* ***despite the continuing financial and accounting crisis****, given that the crisis* ***is intended to be resolved through a potential reorganization agreement*** *to be entered into by the Company and its creditors. In addition, the Delegation will continue to monitor the management of the Company's directors with respect to the recognition of its economic transactions and their proper presentation in accordance with IFRS and the applicable regulations.*

Initial CM

American Translators Association ata Claudia Marquez English into Spanish Certification #554420 Certified Translator
CLAUDIA MÁRQUEZ MORENO REPÚBLICA BOLIVARIANA DE VENEZUELA GACETA OFICIAL Nº 42.108 DE FECHA 16-04-2021 INTÉRPRETE PÚBLICO • IDIOMA INGLÉS

# Agenda

1. Introduction of the Board of Directors
2. Financial Statements: Analysis of Year-End 2024 Figures
3. Board Approval of the Financial Statements for Submission to the Shareholders' Meeting
4. Status of Credivalores Proceedings
5. Organizational Structure
6. Appointment of the Audit Committee
7. Cardif
8. Motions and Miscellaneous

Initial CM
American Translators Association ata Claudia Marquez English into Spanish Certification #554420 Certified Translator
CLAUDIA MÁRQUEZ MORENO REPÚBLICA BOLIVARIANA DE VENEZUELA GACETA OFICIAL Nº 42.108 DE FECHA 16-04-2021 INTÉRPRETE PÚBLICO • IDIOMA INGLÉS

## Cost of the Previous Organizational Structure

| FTE | Monthly Payroll Cost |
|---|---|
| 92 | $682,604,509 |

## Staffing Reductions

| FTEs from Resignations Not Replaced | Cost |
|---|---|
| -3 | $19,476,730 |

| FTEs | CV – Ban100 Agreement |
|---|---|
| -12 | $101,682,159 |

(-)

(+)

## Personnel Changes

| Increase in FTEs ASF Contract Assignments | Monthly Payroll Cost |
|---|---|
| 31 | $109,600,509 |

(=)

## Cost of the New Organizational Structure

| Current FTEs | Monthly Payroll Cost |
|---|---|
| 108 | $671,046,129 |

## Monthly Payroll Cost Reduction

**-11,558,380**

# Proposed General Organizational Chart

Initial CM

- **Credivalores**
- **Proceeding**
- **Position Reclassification**



# Proposed Treasury Organizational Chart

Initial CM

- Credivalores
- Credivalores
- Proceeding
- Position Reclassification




2 FTE

# Proposed Financial Planning Organizational Chart

Initial CM

American Translators Association ata Claudia Marquez English into Spanish Certification #554420 Certified Translator
CLAUDIA MÁRQUEZ MORENO REPÚBLICA BOLIVARIANA DE VENEZUELA GACETA OFICIAL Nº 42.108 DE FECHA 16-04-2021 INTÉRPRETE PÚBLICO IDIOMA INGLÉS

- Credivalores
- Credivalores
- Proceeding
- Position Reclassification




2 FTE

# Proposed Audit and Processes Organizational Chart

Initial CM

- Credivalores
- Credivalores
- Proceeding
- Position Reclassification




4 FTE

# Proposed Operations Organizational Chart

Initial CM

- Credivalores
- Credivalores
- Proceeding
- Position Reclassification




20 FTE

# Proposed Risk and Collections Organizational Chart

Initial CM

- Credivalores
- Credivalores
- Proceeding
- Position Reclassification




32 FTE

# Proposed Legal Department Organizational Chart




5 FTE

# Proposed Administration and Customer Service (SAC) Organizational Chart

Initial
CM




- Credivalores (green)
- Credivalores (blue)
- Proceeding (grey)




7 FTE

16 FTE (Customer Service)

# Proposed Accounting and Taxes Organizational Chart

Initial CM




- Credivalores
- Credivalores
- Proceeding




11 FTE

## Organizational Structure

# Proposed Technology Organizational Chart

Initial CM

- Credivalores
- Credivalores
- Proceeding




9 FTE

Initial CM

## Agenda

1. Introduction of the Board of Directors
2. Financial Statements: Analysis of Year-End 2024 Figures
3. Board Approval of the Financial Statements for Submission to the Shareholders’ Meeting
4. Status of Credivalores Proceedings
5. Organizational Structure
6. Appointment of the Audit Committee
7. Cardif
8. Motions and Miscellaneous

Initial CM

## Audit Committee




## General Rules (Law 964 of 2005, Article 45)

- ✓ The members of the Committee are appointed by the Board of Directors.
- ✓ It must be composed of at least three members of the Board of Directors, including all independent members.
- ✓ The Chair of the Committee must be an independent member and must be elected by the Board of Directors.
- ✓ Meet quarterly.
- ✓ Adopt rules of procedure.
- ✓ To perform its duties, the Audit Committee may invite advisors, members of management, and the Statutory Auditor.

***QUORUM FOR DELIBERATIONS AND DECISION-MAKING MAJORITY:*** A quorum to deliberate at Committee meetings shall consist of an absolute majority of its members. Decisions shall be made by a simple majority.

# Agenda

1. Introduction of the Board of Directors
2. Financial Statements: Analysis of Year-End 2024 Figures
3. Board Approval of the Financial Statements for Submission to the Shareholders' Meeting
4. Status of Credivalores Proceedings
5. Organizational Structure
6. Appointment of the Audit Committee
7. Cardif
8. Motions and Miscellaneous

Initial CM

American Translators Association ata Claudia Marquez English into Spanish Certification #554420 Certified Translator

Claudia Márquez Moreno República Bolivariana de Venezuela Gaceta Oficial Nº 42.108 de fecha 16-04-2021 Intérprete Público Idioma Inglés

## Overview of Group Debtor Life Insurance

- ✓ The entire owned and managed loan portfolio is covered under a group insurance policy called "Group Debtor Life Insurance," which covers the outstanding loan balance in the event of the debtor's death or total and permanent disability.
- ✓ Credivalores is the Policyholder and collects the insurance premiums.
- ✓ Under all our funding arrangements, Credivalores, in its capacity as loan portfolio servicer, is required to maintain debtor life insurance coverage (Syndicated Autonomus Trust, Systemgroup Autonomus Trust, and UBS Autonomus Trust).

## General Terms and Conditions of the Current Policy

**A public invitation to tender was issued and the policy was awarded to CARDIF on the following terms:**

- Insured Value: Outstanding debt balance up to a maximum of 200 Colombian Statutory Monthly Minimum Wages (SMMLV).
- From 23:59 on February 28, 2023, until 23:59 in February 2025
- A 27% return on premiums collected.

## Portfolio status with Cardif as of January 31, 2025

| **VALUE TO BE CROSSED BY PAYMENT DATE AS OF JANUARY 31, 2025** | |
|---|---|
| OUTSTANDING PREMIUMS AS OF DECEMBER 2024 | $6.359,5 |
| CLAIMS SETTLED BY CARDIF IN FAVOUR OF CV AS OF FEBRUARY 17, 2025 | $3.443,5 |
| CLAIMS AFFECTING CREDIVALORES' COMMERCIAL PORTFOLIO | $294,0 |
| **SUBTOTAL** | **$2.622,0** |
| COMMISSIONS – 27% RETURN | $1.420,0 |
| **TOTAL** | **$1.202,0** |

- ✓ **Cardif has initiated legal proceedings for contract termination.**
- ✓ **A settlement agreement was attempted; however, Cardif is demanding full payment of the outstanding amount rather than an extension of the coverage.**

Initial CM
American Translators Association ata Claudia Marquez English into Spanish Certification #554420 Certified Translator
CLAUDIA MÁRQUEZ MORENO REPÚBLICA BOLIVARIANA DE VENEZUELA GACETA OFICIAL Nº 42.108 DE FECHA 16-04-2021 INTÉRPRETE PÚBLICO • IDIOMA INGLÉS

## Agenda

1. Introduction of the Board of Directors
2. Financial Statements: Analysis of Year-End 2024 Figures
3. Board Approval of the Financial Statements for Submission to the Shareholders' Meeting
4. Status of Credivalores Proceedings
5. Organizational Structure
6. Appointment of the Audit Committee
7. Cardif
8. Motions and Miscellaneous

Initial CM

American Translators Association ata Claudia Marquez English into Spanish Certification #554420 Certified Translator

CLAUDIA MÁRQUEZ MORENO REPÚBLICA BOLIVARIANA DE VENEZUELA GACETA OFICIAL Nº 42.108 DE FECHA 16-04-2021 INTÉRPRETE PÚBLICO • IDIOMA INGLÉS

## Chief Restructuring Officer - R.L.

- ✓ **Appointment of the Board of Directors - R.L.:**
  February 7, 2025

- ✓ **Registration with the Chamber of Commerce - R.L.**
  February 13, 2025

## Activities

- ✓ **CH11:** Bondholders Presentation and Negotiations (ongoing).

- ✓ **1116:** Preparation of Claims Ranking and Classification
Deadline: March 15, 2025 (ongoing).

- ✓ **Long-Term Funding:**
a. Law firms (2)
b. Investment Funds (4)

**Proposals:** March 2025 – Board Approval at a Special Meeting

- ✓ **Management of Accounts Receivable from Related Parties**

- Legal mandate

- **Strategy presentation:** 3 to 4 weeks – Board Approval at a Special Meeting



CONFIDENTIAL

Initial CM

American Translators Association ata Claudia Marquez English into Spanish Certification #554420 Certified Translator

CLAUDIA MÁRQUEZ MORENO REPÚBLICA BOLIVARIANA DE VENEZUELA GACETA OFICIAL Nº 42.108 DE FECHA 16-04-2021 INTÉRPRETE PÚBLICO • IDIOMA INGLÉS

## List of Related Third Parties

| | |
|---|---|
| FINANZA INVERSIONES S.A.S. | 112,297,422,272 |
| INVERSIONES MAD CAPITAL S.A.S. | 11,378,183,278 |
| INGENIO LA CABANA S.A. (current collection under the proceedings of Law 1116) | 2,680,573,711 |
| ASESORIAS FINANCIERAS DE CREDITO S.A.S. ASFICREDIT | 59,041,019,845 |
| BAN100 S.A. (collection through setoff proceedings – operations) | 1,700,000 |
| INGENIO LA CABANA S.A. (current collection under the proceedings of Law 1116) | 1,615,515,961 |
| BAN100 S.A. (collection through setoff proceedings – operations) | 51,033,533 |
| CREDIHOLDING S.A.S. | 1,815,243,834 |
| | 188,880,692,434 |

* Information Recorded in the Financial Statements – 2024

credivalores

**CERTIFICATE OF TRANSLATION**

I, Claudia Marquez, am over the age of 18, competent to translate from Spanish into English, and certify that the translation of the above document is true and accurate (including any stamps or seals) to the best of my abilities. I understand that if any part of the translation is intentionally false, I will be subject to punishment.

Document: Exhibit 22 - 2025-02-24 Board Presentation
CREDIVALORES – CREDISERVICIOS S.A.

Translator: Claudia Marquez
Big Way Offices LLC (dba Big Way Translations)
Dunedin, Fl 34698
E-mail: bigwaytranslations@gmail.com
Phone: +1-727-2834625
Date: October 12, 2026

Signature: Signed by: Claudia Marquez
43704F9B067B488...

Claudia Marquez

Spanish-English Translator
bigwaytranslations.com




The undersigned is a Spanish-English Public Interpreter, Resolution No. 061, Ministry of People’s Power for Interior Relations, Justice and Peace, Official Gazette 42,108 dated April 16, 2021, of the Bolivarian Republic of Venezuela.

The undersigned is a Certified Translator English into Spanish by the American Translators Association (ATA), Certificate Number 554420.

docusign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: ED2E5FF1-E56A-89AB-82C9-36A4618409F9 | | Status: Completed |
| Subject: Complete with Docusign: Exhibit 22 - 2025-02-24 Board Presentation (English).pdf | | |
| Source Envelope: | | |
| Document Pages: 39 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 37 | Claudia Marquez |
| AutoNav: Disabled | | bigwaytranslations@gmail.com |
| EnvelopeId Stamping: Disabled | | IP Address: 38.27.127.36 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>10/12/2026 5:21:43 PM | Holder: Claudia Marquez<br>bigwaytranslations@gmail.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Claudia Marquez<br>bigwaytranslations@gmail.com<br>Security Level: Email, Account Authentication (None) | <br>Signature Adoption: Pre-selected Style<br>Using IP Address: 38.27.127.36 | Sent: 10/12/2026 5:22:03 PM<br>Viewed: 10/12/2026 5:22:14 PM<br>Signed: 10/12/2026 5:25:39 PM<br>Freeform Signing |

**Electronic Record and Signature Disclosure:**
Not Offered via Docusign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 10/12/2026 5:22:03 PM |
| Certified Delivered | Security Checked | 10/12/2026 5:22:14 PM |
| Signing Complete | Security Checked | 10/12/2026 5:25:39 PM |
| Completed | Security Checked | 10/12/2026 5:25:39 PM |

| Payment Events | Status | Timestamps |
|---|---|---|