


# Presentación Corporativa

VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA
BANCIEN S.A. Establecimiento Bancario

# Nuestro Banco en **cifras**

Ban100
Tu banco, al 100 contigo.

VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA
BANCIEN S.A. Establecimiento Bancario

# Perfil general Ban100

Somos un banco orientado en **ofrecer soluciones de crédito** especializado en libranza para pensionados del segmento base de la población, así como **productos de ahorro e inversión** diseñados para satisfacer de manera integral las necesidades financieras de los colombianos..

Activos
COP 2.85 BN

Pasivos
COP 2.62 BN

Patrimonio
COP 229.033 MM

Utilidad Neta Ene-26
COP 1.884 MM

Relación de Solvencia
13.3%

ROE
10.3%

Cartera + Titularizaciones
COP 2.42 BN

Cartera en Cinco programas de Titularizaciones
COP $531.739 MM

Desembolsos 12 meses Ene-26
COP 1.18 BN

**Participación en** mercado Crédito de libranzas
2.8%

Cubrimiento cartera vencida
238%

Indicador de mora total > 30 días
2.0%

Clientes totales
160.816

Cartera Total en pensionados
95.0%

Fitch Ratings (Ratifica Calificación en marzo 2025)
(AA-)

Fitch Ratings Titularizaciones
(AAA)

*Cifras a Enero 2026*

VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA
BANCIEN S.A. Establecimiento Bancario

B100

# Un recorrido en el **Fortalecimiento** de nuestra entidad

## 2011
Inicio de operaciones como Compañía de Financiamiento mediante adquisición de CIT Capital

## 2013
Apertura de oficinas: Bogotá, Cali y Medellín

## 2015
Fortalecimiento de la estructura accionaria con una capitalización en este periodo **por COP$ 55 MMM**

ACON

## 2019
Autorización de compra y fusión inversa con Banco Procredit.

Banco ProCredit

Emisión de Bonos por **COP $100.000 MMM.**

## 2020
Inicia el nuevo Banco Credifinanciera.

Banco Credifinanciera

Crédito del fondo de impacto Responsability por **USD$ 15 MM.**

## 2021
Nuevo crédito del fondo de impacto Responsability por **USD$ 15 MM.**

responsAbility

## 2023
Banco Credifinanciera evoluciona, cambiando su razón social e imagen de marca para ser Ban100

Titularización de cartera de Libranzas por **COP90.000 MM.**

## 2024
Segunda titularización de cartera de Libranzas por **$250.000 MM.**

Crédito Subordinado por **$25.000 MM.**

Emisión de titularización de libranza calificada AAA y certificación **ESG** en el mercado de capitales por **$48.000 MM.**

Sustainable Fitch

## 2025
Aprobación por parte de la Superintendencia Financiera de Colombia de Cinco programas de titularización por **$1 billón de pesos.**

**Fitch mejora calificación de la titularización I de AA+ a AAA y ratifica calificación AAA en titularización publica.**

**+ 1.096 Billones** de desembolsos en el año 2025

B100

BANCIEN S.A. Establecimiento Bancario
VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA

# Un recorrido en el **Fortalecimiento** de nuestra entidad

Somos el primer establecimiento de crédito en realizar titularizaciones de libranzas en el mercado financiero colombiano y de capitales.

Reconocidos por Sustainable Fitch por titularizaciones AAA y certificación ESG.

Somos parte del protocolo verde de la Asociación Bancaria de Colombia

El Ministerio del Trabajo y el Programa de las Naciones Unidas nos concedieron el reconocimiento de Equidad Laboral Equipares.

**Distribución de colaboradores por genero**




BANCIEN S.A. Establecimiento Bancario
VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA

# Nuestro **gobierno corporativo** respalda la gestión del Banco

BANCIEN S.A. Establecimiento Bancario
VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA

Nuestro modelo de gobierno corporativo orienta nuestra gestión y la relación con accionistas y demás grupos de interés bajo principios empresariales éticos, transparentes y sostenibles.

## Gobierno corporativo y experiencia del equipo gerencial

**Junta Directiva**

- **Comité de Ética y Conducta**
- **Comité de Riesgos**
- **Comité de Gobierno Corporativo**
- **Comité de Auditoria**
- **Comité de Nombramiento y Remuneraciones**

## Junta Directiva

**Maite Stevelski**
Primer Renglón
*Miembro principal*

**Javier Ledesma**
Segundo Renglón
*Miembro principal*

**David Seinjet Neirus**
*Tercer Renglón*
*Miembro principal*

**Edgar Elías Muñoz Jassir**
Cuarto Renglón
*Miembro Independiente*

**Dario Gutiérrez**
Quinto Renglón
*Miembro Independiente*

## Mecanismo de control externos

EY Building a better working world

FitchRatings

# Nuestros accionistas

Nuestros accionistas cuentan con amplia experiencia , apoyando la estrategia y el propósito del Banco en el mercado Colombiano.

VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA
BANCIEN S.A. Establecimiento Bancario



# Comprometidos con la Sostenibilidad

Diseñamos una estrategia soportada en un modelo de sostenibilidad alineado con el cumplimiento de los Objetivos de Desarrollo Sostenible.




Nuestra gestión la reportamos bajo estándares **GRI** y **SASB**




ban100.com.co/informes - gestión

VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA
BANCIEN S.A. Establecimiento Bancario

# Nuestro Modelo de Negocio

Nuestro modelo de negocio esta basado en la especialización y conocimiento del segmento base de la pirámide, con foco en la silver Economy, con cobertura regional y apalancado en capacidades digitales para la originación y operación en el producto de libranza.

Nuestra cartera está concentrada en **el segmento crédito especializado en libranza pensionados**
**ICV BAN100: 1.8%***
**ICV BANCOS: 4.0%***

El **98,3%** de los créditos de libranza son originados en clientes pensionados y empleados de gobierno.

Tenemos presencia en más de **1.000 municipios del país,** a través de nuestra red de asesores lo que representa una cobertura del **90%** de los municipios.




Desarrollamos un modelo de originación **100% digital** la cual cuenta con firma digital y biometría facial.

**95% de nuestros créditos** son originados digitalmente.

Banco de nicho enfocado en un mercado con gran potencial de crecimiento que ofrece la oportunidad de generar un activo de bajo riesgo.

* ICV a diciembre 2025

BANCIEN S.A. Establecimiento Bancario
VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA

# Estrategia Digital

El compromiso que tenemos con la innovación y transformación tecnológica se centra en el desarrollo de productos y servicios que fomentan la inclusión financiera.

BANCIEN S.A. Establecimiento Bancario
VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA

**Solicitudes y aprobaciones 100% digitales para créditos de libranza.**

- Autenticación biométrica de clientes.
- Firma de documentos en línea.
- Integración con pagadurías.
- Consulta a Buró
- Paperless 100% de créditos

**Productos administrados de manera fácil y segura APP y Sucursal Virtual**

- Menú desplegable con opciones de ingreso rápido a los servicios.
- Sucursal Virtual responsive, permite navegar de forma fácil desde dispositivos móviles.
- Canal de comunicación de servicios complementarios del banco.




**Orientados a garantizar la seguridad de la información de nuestros clientes.**

- Geolocalización para identificar conexiones inseguras.
- Autenticación biométrica en app con base a funcionalidad del celular.
- Proceso seguro para enrolarse e ingreso al canal.
- Notificación y alertas.

**Nuevas herramientas de autogestión virtual de punta a punta.**

- Certificaciones al día, saldo informativo.
- Certificado condiciones aprobación.
- Paz y salvos.
- Extractos
- Transferencias entre cuentas o terceros.
- Canales de atencion ( app, Ban-I Bot Libranza, Call Center )

# Mercado de libranza – Saldos de Cartera

De 30 entidades, ocupamos el **puesto 11** del total del mercado de libranzas.

Al cierre de diciembre de 2025 tenemos una cartera administrada + titularizaciones por 2.3 billones.




Fuente: SFC / Ban100.

Cifras B100 y Total incluye portafolio titularizado .
Cifras diciembre 2025

Cifras en miles de millones COP$

VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA
BANCIEN S.A. Establecimiento Bancario

B100

# Nuestro Portafolio

Cartera total por valor de 2.4 billones, nos enfocamos en libranzas principalmente en el segmento de pensionados y con bajo nivel de riesgo.

## Composición por Producto*

LIBRANZA **96,7%**

PYME **1.6%**

ALIADOS **0.8%**

TDC **0,6%**

MICRO **0.3%**

## Distribución Libranza por Segmento

PENSIONADOS **95.1%**

PÚBLICOS **4.0%**

PRIVADOS **1.0%**

**+82%** de nuestra cartera de libranza se concentran en las pagadurías mas importantes del país

****Cifras a enero 2026: Cartera + titularizaciones: $2.425.793 millones**

BANCIEN S.A. Establecimiento Bancario
VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA

# Fuentes de fondeo y Liquidez

## Fuentes de fondeo ($)

Cifras en miles de millones COP$




## Fuentes de fondeo (%) Ene-26




## IRL-CFEN




BANCIEN S.A. Establecimiento Bancario
VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA

# Evolución de las principales cifras

## Evolución Activo Total

Cifras en miles de millones COP$




## Evolución Cartera

Cifras en miles de millones COP$




## Evolución Depósitos




## Cartera vencida y cubrimiento mora





BANCIEN S.A. Establecimiento Bancario
VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA

# Evolución de las principales cifras

## Resultados Ene-26

Cifras en miles de millones COP$




BANCIEN S.A. Establecimiento Bancario
VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA

## ROA




## ROE

Disminución en la rentabilidad por estrechamiento de margen de intermediación y adquisición de negocio de Tarjeta de crédito




B100

# Anexos

Tu banco, al 100 contigo.

www.ban100.com.co

VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA
BANCIEN S.A. Establecimiento Bancario

# Estado de Resultados

| Estado de Resultados | Ene-25 | Ene-26 | var% |
|---|---|---|---|
| Ingresos por intereses | 34.164 | 31.685 | -7,3% |
| Costo Financiero | 22.059 | 20.253 | -8,2% |
| **Margen neto de intereses** | **12.106** | **11.432** | **-5,6%** |
| Comisiones, Fees y otros ingresos | 5.311 | 13.351 | 151,4% |
| Gastos por comisiones | 7.314 | 7.658 | 4,7% |
| **Margen Financiero Bruto** | **10.102** | **17.125** | **69,5%** |
| Gastos de Administración y Ventas | 9.600 | 10.479 | 9,2% |
| Provisiones Netas | - 23 | 2.874 | -12487,0% |
| Depreciaciones y amortizaciones | 214 | 239 | 11,4% |
| **Utilidad antes de impuestos** | **311** | **3.533** | **1037,1%** |
| Impuestos | 259 | 1.650 | 538,1% |
| **Utilidad Neta** | **52** | **1.884** | **3508,6%** |

BANCIEN S.A. Establecimiento Bancario
VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA

# Balance General

| Activos | Ene-25 | Ene-26 | Var% |
|---|---|---|---|
| Disponible | 413.243 | 273.832 | -33,7% |
| Inversiones | 201.655 | 377.570 | 87,2% |
| Cartera de Crédito | 1.706.172 | 1.801.156 | 5,6% |
| Cartera Bruta | 1.798.348 | 1.894.292 | 5,3% |
| Menor: Provisión | (88.966) | (93.136) | 4,7% |
| Cuentas por cobrar | 220.373 | 198.121 | -10,1% |
| Activos recibidos en pago | 801 | 541 | 100,0% |
| Propiedades y equipos | 15.091 | 13.180 | -12,7% |
| Otros activos | 194.758 | 191.065 | -1,9% |
| **Total Activos** | **2.752.092** | **2.855.465** | **3,8%** |
| **Pasivos** | **Ene-25** | **Ene-26** | **Var%** |
| Depósitos y exigibilidades | 2.432.174 | 2.463.017 | 1,3% |
| Pasivos por arrendamientos | 15.887 | 13.686 | -13,9% |
| Obligaciones financieras | 38.230 | 42.913 | 12,2% |
| Cuentas por pagar | 48.340 | 78.311 | 62,0% |
| Otros pasivos | 6.527 | 28.506 | 336,8% |
| **Total Pasivos** | **2.541.158** | **2.626.432** | **3,4%** |
| **Patrimonio** | **Ene-25** | **Ene-26** | **Var%** |
| Total Patrimonio | 210.934 | 229.033 | 8,6% |
| **Total Pasivos+Patrimonio** | **2.752.092** | **2.855.465** | **3,8%** |

VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA
BANCIEN S.A. Establecimiento Bancario

B100

# Gracias

¡Estamos conectados contigo!

VIGILADO SUPERINTENDENCIA FINANCIERA DE COLOMBIA
BANCIEN S.A. Establecimiento Bancario

Ban100
Tu banco, al 100 contigo.

APP Ban100
www.ban100.com.co