Account Name: Acquiom Agency Services LLC FBO Clients

Account Number: [redacted] 6533

| Post date | Deal Name | Incoming/Outgoing | Credit amount | Debit amount | Purpose of Funds |
|---|---|---|---|---|---|
| 10/26/22 | Finanza Inversiones | Incoming | $ 2,500,000.00 | | Borrowing |
| 10/26/22 | Finanza Inversiones | Incoming | $ 7,250,000.00 | | Borrowing |
| 10/26/22 | Finanza Inversiones | Incoming | $ 9,750,000.00 | | Borrowing |
| 10/26/22 | Finanza Inversiones | Outgoing | | $ (26,600.00) | Borrowing |
| 10/26/22 | Finanza Inversiones | Outgoing | | $ (75,000.00) | Borrowing |
| 10/26/22 | Finanza Inversiones | Outgoing | | $ (150,000.00) | Borrowing |
| 10/26/22 | Finanza Inversiones | Outgoing | | $ (46,272.00) | Borrowing |
| 10/26/22 | Finanza Inversiones | Outgoing | | $ (25,000.00) | Borrowing |
| 10/26/22 | Finanza Inversiones | Outgoing | | $ (29,683.00) | Borrowing |
| 10/26/22 | Finanza Inversiones | Outgoing | | $ (15,500.00) | Borrowing |
| 10/26/22 | Finanza Inversiones | Outgoing | | $ (19,131,945.00) | Borrowing |

**Account Name: Acquiom Agency Services LLC FBO Clients**
**Account Number: [redacted]6533**

| Post da | Deal Name | Incoming/Outgoi | Credit amount | Debit amount | Purpose of Funds |
|---|---|---|---|---|---|
| 01/27/23 | Finanza Inversiones S.A.S. | Incoming | $ 731,252.29 | | Interest Payment |
| 01/27/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (91,406.54) | Interest Payment |
| 01/27/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (274,219.61) | Interest Payment |
| 01/27/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (365,626.14) | Interest Payment |
| 02/06/23 | Finanza Inversiones S.A.S. | Incoming | $ 4,875,000.00 | | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Incoming | $ 4,875,000.00 | | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (8,450.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (9,000.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (10,975.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (13,000.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (14,318.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (25,000.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (25,000.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (83,411.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (100,000.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (40,460.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (9,420,386.00) | Borrowing |
| 02/14/23 | Finanza Inversiones S.A.S. | Incoming | $ 8,922.61 | | Returned Wire |
| 02/16/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (8,922.61) | Returned Wire |
| 03/15/23 | Finanza Inversiones S.A.S. | Incoming | $ 2,500,000.00 | | Borrowing |
| 03/15/23 | Finanza Inversiones S.A.S. | Incoming | $ 2,500,000.00 | | Borrowing |
| 03/15/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (8,770.00) | Borrowing |
| 03/15/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (4,991,230.00) | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Incoming | $ 749,999.74 | | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Incoming | $ 749,999.74 | | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (57,706.25) | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (40,000.00) | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (11,212.18) | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (18,453.93) | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (15,000.00) | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (19,000.00) | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (1,337,227.12) | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (1,400.00) | Borrowing |
| 04/25/23 | Finanza Inversiones S.A.S. | Incoming | $ 746,376.00 | | Interest Payment |
| 04/26/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (373,188.00) | Interest Payment |
| 04/26/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (279,891.00) | Interest Payment |
| 04/26/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (93,297.00) | Interest Payment |
| 05/08/23 | Finanza Inversiones S.A.S. | Incoming | $ 378,127.75 | | Interest Payment |
| 05/08/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (189,063.88) | Interest Payment |
| 05/08/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (189,063.88) | Interest Payment |

Account Name: Acquiom Agency Services LLC FBO Clients
Account Number: [redacted] 6533

| Post date | Deal Name | Incoming/Outgoing | Credit amount | Debit amount | Purpose of Funds |
|---|---|---|---|---|---|
| 05/03/24 | Finanza Inversiones S.A.S. | Incoming | $ 2,745,386.16 | | Principal Payment |
| 05/08/24 | Finanza Inversiones S.A.S. | Outgoing | | $ (187,185.42) | Principal Payment |
| 05/08/24 | Finanza Inversiones S.A.S. | Outgoing | | $ (1,185,507.68) | Principal Payment |
| 05/08/24 | Finanza Inversiones S.A.S. | Outgoing | | $ (1,372,693.06) | Principal Payment |

**Details:**

Activity: Borrowing

Date: OCT 26 2022
Amount: $20M

Contracts | Position Activity | Scheduled Activity | **Cash** | Allocations | Principal | Misc Fees | Receivables | Accrual Adjustments | Marks | Wr

| Description | Trade Date | Settle Date | Receive Date ▲ | Amount | Currency | Action Code | Notes | Ledger Ac |
|---|---|---|---|---|---|---|---|---|
| Principal (Original Alloc | 10/26/2022 | 10/26/2022 | 10/26/2022 | -20,000,000.00 | USD | Buy | | |
| Interest | 1/26/2023 | 1/26/2023 | 1/26/2023 | 731,252.29 | USD | Interest | | |
| Interest | 4/26/2023 | 4/26/2023 | 4/26/2023 | 746,376.00 | USD | Interest | | |
| PIK Payment Notice | 1/18/2024 | 1/18/2024 | 1/18/2024 | -2,195,130.73 | USD | Borrowing | | |
| Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 1,497,483.34 | USD | Unscheduled Paydown | | |
| Unscheduled Paydown | 11/27/2025 | 11/27/2025 | 11/27/2025 | 20,697,647.39 | USD | Unscheduled Paydown | | |

Cash Recon: 10.26.22

Account Name: Acquiom Agency Services LLC FBO Clients
Account Number: [redacted]533

| Post date | Deal Name | Incoming/Outgoing | Credit amount | Debit amount | Purpose of Funds |
|---|---|---|---|---|---|
| 10/26/22 | Finanza Inversiones | Incoming | $ 2,500,000.00 | | Borrowing |
| 10/26/22 | Finanza Inversiones | Incoming | $ 7,250,000.00 | | Borrowing |
| 10/26/22 | Finanza Inversiones | Incoming | $ 9,750,000.00 | | Borrowing |
| 10/26/22 | Finanza Inversiones | Outgoing | | $ (26,600.00) | Borrowing |
| 10/26/22 | Finanza Inversiones | Outgoing | | $ (75,000.00) | Borrowing |
| 10/26/22 | Finanza Inversiones | Outgoing | | $ (150,000.00) | Borrowing |
| 10/26/22 | Finanza Inversiones | Outgoing | | $ (46,272.00) | Borrowing |
| 10/26/22 | Finanza Inversiones | Outgoing | | $ (25,000.00) | Borrowing |
| 10/26/22 | Finanza Inversiones | Outgoing | | $ (29,683.00) | Borrowing |
| 10/26/22 | Finanza Inversiones | Outgoing | | $ (15,500.00) | Borrowing |
| 10/26/22 | Finanza Inversiones | Outgoing | | $ (19,131,945.00) | Borrowing |

---

**Details:**

Activity: Interest payment

Date: Jan 26 2023
Amount: $731K

Contracts | Position Activity | Scheduled Activity | **Cash** | Allocations | Principal | Misc Fees | Receivables | Accrual Adjustments | Marks

| Description | Trade Date | Settle Date | Receive Date ▲ | Amount | Currency | Action Code | Notes | Ledger |
|---|---|---|---|---|---|---|---|---|
| Principal (Original Alloc | 10/26/2022 | 10/26/2022 | 10/26/2022 | -20,000,000.00 | USD | Buy | | |
| Interest | 1/26/2023 | 1/26/2023 | 1/26/2023 | 731,252.29 | USD | Interest | | |
| Interest | 4/26/2023 | 4/26/2023 | 4/26/2023 | 746,376.00 | USD | Interest | | |
| PIK Payment Notice | 1/18/2024 | 1/18/2024 | 1/18/2024 | -2,195,130.73 | USD | Borrowing | | |
| Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 1,497,483.34 | USD | Unscheduled Paydown | | |
| Unscheduled Paydown | 11/27/2025 | 11/27/2025 | 11/27/2025 | 20,697,647.39 | USD | Unscheduled Paydown | | |

Bank Recon dated Jan 2023

Account Name: Acquiom Agency Services LLC FBO Clients
Account Number: [redacted]533

| Post date | Deal Name | Incoming/Outgoing | Credit amount | Debit amount | Balance | Purpose of Funds |
|---|---|---|---|---|---|---|
| 01/27/23 | Finanza Inversiones S.A.S. | Incoming | $ 731,252.29 | | $ 2,779,636.97 | Interest Payment |
| 01/27/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (91,406.54) | $ 2,688,230.43 | Interest Payment |
| 01/27/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (274,219.61) | $ 2,414,010.82 | Interest Payment |
| 01/27/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (365,626.14) | $ 2,048,384.68 | Interest Payment |

Lender Splits: interest payment Jan 2023

eal Name: Finanza Inversiones S.A.S.
terest Period: 10/26/2022 to 1/26/2023
terest Treatment: Pro-rata

| Lender | Cash Interest |
|---|---|
| | $ 731,252.29 |
| CON Colombia Finance II, LLC | $ 91,406.54 |
| CS Colombia Finance LLC | $ 274,219.61 |
| DA Luma Special Opportunities Warehouse, LLC | $ 365,626.14 |
| | $ 731,252.29 |

---

**Details:**

Activity: Interest payment

Date: Apr 26 2023
Amount: $746K

Contracts | Position Activity | Scheduled Activity | **Cash** | Allocations | Principal | Misc Fees | Receivables | Accrual Adjustments | Marks | Write

| Description | Trade Date | Settle Date | Receive Date ▲ | Amount | Currency | Action Code | Notes | Ledger Acco |
|---|---|---|---|---|---|---|---|---|
| Principal (Original Alloc | 10/26/2022 | 10/26/2022 | 10/26/2022 | -20,000,000.00 | USD | Buy | | |
| Interest | 1/26/2023 | 1/26/2023 | 1/26/2023 | 731,252.29 | USD | Interest | | |
| Interest | 4/26/2023 | 4/26/2023 | 4/26/2023 | 746,376.00 | USD | Interest | | |
| PIK Payment Notice | 1/18/2024 | 1/18/2024 | 1/18/2024 | -2,195,130.73 | USD | Borrowing | | |
| Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 1,497,483.34 | USD | Unscheduled Paydown | | |
| Unscheduled Paydown | 11/27/2025 | 11/27/2025 | 11/27/2025 | 20,697,647.39 | USD | Unscheduled Paydown | | |

Bank Recon: APR 26 2023

Account Name: Acquiom Agency Services LLC FBO Clients
Account Number: [redacted]533

| Post date | Deal Name | Incoming/Outgoing | Credit amount | Debit amount | Balance | Purpose of Funds |
|---|---|---|---|---|---|---|
| 04/25/23 | Finanza Inversiones S.A.S. | Incoming | $ 746,376.00 | | $ 4,493,927.01 | Interest Payment |
| 04/26/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (373,188.00) | $ 3,709,583.21 | Interest Payment |
| 04/26/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (279,891.00) | $ 3,429,692.21 | Interest Payment |
| 04/26/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (93,297.00) | $ 3,336,395.21 | Interest Payment |

Interest Payment: 4.26.23
Lender Splits

**Deal Name**: Finanza Inversiones S.A.S.
**Interest Period:** 1/26/2023 - 4/26/2023
**Interest Treatment**: Pro-rata

| | |
|---|---|
| | **$ 746,376.00** |
| **Lender** | **Cash Interest** |
| ACON Colombia Finance II, LLC | $ 93,297.00 |
| GCS Colombia Finance LLC | $ 279,891.00 |
| GDA Luma Special Opportunities Warehouse, LLC | $ 373,188.00 |
| | **$ 746,376.00** |

**Details:**

Activity: unscheduled paydown
Date: May 3 2024
Amount: $2,745,386.16

Total cash: 2.745M
Paid PRINCIPAL only
prorata across all oustanding loans

Contracts | Position Activity | Scheduled Activity | Cash | Allocations | Principal | Misc Fees | Receivables | Accrual Adjustments | Marks | Write Downs | Notes | Correspondence

| Description | Trade Date | Settle Date | Receive Date | Amount | Currency | Ledger Account | Action Code |
|---|---|---|---|---|---|---|---|
| Principal (Original Alloc | 10/26/2022 | 10/26/2022 | 10/26/2022 | -20,000,000.00 | USD | | Buy |
| Interest | 1/26/2023 | 1/26/2023 | 1/26/2023 | 731,252.29 | USD | | Interest |
| Interest | 4/26/2023 | 4/26/2023 | 4/26/2023 | 746,376.00 | USD | | Interest |
| PIK Payment Notice | 1/18/2024 | 1/18/2024 | 1/18/2024 | -2,195,130.73 | USD | | Borrowing |
| Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 1,497,483.34 | USD | | Unscheduled Paydown |
| Unscheduled Paydown | 11/27/2025 | 11/27/2025 | 11/27/2025 | 20,697,647.39 | USD | | Unscheduled Paydown |

Bank Recon (paydown)

Account Name: Acquiom Agency Services LLC FBO Clients
Account Number: [redacted]533

| Post date | Deal Name | Incoming/Outgoing | Credit amount | Debit amount | Purpose of Funds |
|---|---|---|---|---|---|
| 05/03/24 | Finanza Inversiones S.A.S. | Incoming | $ 2,745,386.16 | | Principal Payment |
| 05/08/24 | Finanza Inversiones S.A.S. | Outgoing | | $ (187,185.42) | Principal Payment |
| 05/08/24 | Finanza Inversiones S.A.S. | Outgoing | | $ (1,185,507.68) | Principal Payment |
| 05/08/24 | Finanza Inversiones S.A.S. | Outgoing | | $ (1,372,693.06) | Principal Payment |

Lender Splits:
unscheduled paydown

| | |
|---|---|
| ACON Colombia Finance II, LLC | $ 187,185.42 |
| DAVALIA GESTIÓN DE ACTIVOS, S.L. | $ 748,741.67 |
| GCS Colombia Finance LLC | $ 561,556.25 |
| | |
| DAVALIA GESTIÓN DE ACTIVOS, S.L. | $ 374,370.84 |
| GCS Colombia Finance LLC | $ 374,370.84 |
| | |
| DAVALIA GESTIÓN DE ACTIVOS, S.L. | $ 191,985.08 |
| GCS Colombia Finance LLC | $ 191,985.08 |
| | |
| DAVALIA GESTIÓN DE ACTIVOS, S.L. | $ 57,595.49 |
| GCS Colombia Finance LLC | $ 57,595.49 |

| | |
|---|---|
| ACON Colombia Finance II, LLC | $ 187,185.42 |
| DAVALIA GESTIÓN DE ACTIVOS, S.L. | $ 1,372,693.08 |
| GCS Colombia Finance LLC | $ 1,185,507.66 |

| Global Loan | Prorata PD | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20M | $1,497,483.34 | Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 1,497,483.34 | USD | |
| 10M | $748,741.67 | Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 748,741.67 | USD | Unscheduled Paydown |
| 5.128M | $383,970.15 | Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 383,970.15 | USD | Unscheduled Paydown |
| 1.538M | $115,190.98 | Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 115,190.98 | USD | Unscheduled Paydown |

| | |
|---|---|
| | $2,745,386.14 |

**Details:**

Activity: Borrowing

Date: FEB 6 2023
Amount: $10M

Contracts | Position Activity | Scheduled Activity | Cash | Allocations | Principal | Misc Fees | Receivables | Accrual Adjustments | Marks

| Description | Trade Date | Settle Date | Receive Date | Amount | Currency | Action Code | Notes | Ledg |
|---|---|---|---|---|---|---|---|---|
| Principal (Original Alloc | 2/6/2023 | 2/6/2023 | 2/6/2023 | -10,000,000.00 | USD | Buy | | |
| Interest | 5/8/2023 | 5/8/2023 | 5/8/2023 | 378,127.75 | USD | Interest | | |
| PIK Payment Notice | 1/18/2024 | 1/18/2024 | 1/18/2024 | -1,097,565.37 | USD | Borrowing | | |
| Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 748,741.67 | USD | Unscheduled Paydown | | |
| Paydown | 11/27/2025 | 11/27/2025 | 11/27/2025 | 10,348,823.70 | USD | Paydown | | |

Bank Recon: Feb 6 2023
(borrowing)

Account Name: Acquiom Agency Services LLC FBO Clients
Account Number: [redacted]533

| Post date | Deal Name | Incoming/Outgoing | Credit amount | Debit amount | Purpose of Funds |
|---|---|---|---|---|---|
| 02/06/23 | Finanza Inversiones S.A.S. | Incoming | $ 4,875,000.00 | | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Incoming | $ 4,875,000.00 | | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (8,450.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (9,000.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (10,975.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (13,000.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (14,318.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (25,000.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (25,000.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (83,411.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (100,000.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (40,460.00) | Borrowing |
| 02/06/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (9,420,386.00) | Borrowing |

**Details:**
Activity: interest payment

Date: May 8 2023
Amount: $378K

Contracts | Position Activity | Scheduled Activity | Cash | Allocations | Principal | Misc Fees | Receivables | Accrual Adjustments

| Description | Trade Date | Settle Date | Receive Date | Amount | Currency | Action Code | Notes |
|---|---|---|---|---|---|---|---|
| Principal (Original Alloc | 2/6/2023 | 2/6/2023 | 2/6/2023 | -10,000,000.00 | USD | Buy | |
| Interest | 5/8/2023 | 5/8/2023 | 5/8/2023 | 378,127.75 | USD | Interest | |
| PIK Payment Notice | 1/18/2024 | 1/18/2024 | 1/18/2024 | -1,097,565.37 | USD | Borrowing | |
| Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 748,741.67 | USD | Unscheduled Paydown | |
| Paydown | 11/27/2025 | 11/27/2025 | 11/27/2025 | 10,348,823.70 | USD | Paydown | |

Interest Payment: May 8 2023

Bank Recon (interest payment)

Account Name: Acquiom Agency Services LLC FBO Clients
Account Number: [redacted]533

| Post date | Deal Name | Incoming/Outgoing | Credit amount | Debit amount | Balance | Purpose of Funds |
|---|---|---|---|---|---|---|
| 05/08/23 | Finanza Inversiones S.A.S. | Incoming | $ 378,127.75 | | $ 876,982.41 | Interest Payment |
| 05/08/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (189,063.88) | $ 687,918.53 | Interest Payment |
| 05/08/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (189,063.88) | $ 498,854.65 | Interest Payment |

Lender Splits: interest
payment May 2023

**Deal Name**: Finanza Inversiones S.A.S.
**Interest Period**: 2/6/2023 - 5/8/2023
**Interest Treatment**: Pro-rata

| | | | $ 378,127.75 |
|---|---|---|---|
| **Lender** | **Outstanding** | **Allocation** | **Interest** |
| GCS Colombia Finance LLC | $ 5,000,000.00 | 50.00000% | $ 189,063.88 |
| GDA Luma Special Opportunities, LLC | $ 5,000,000.00 | 50.00000% | $ 189,063.88 |
| | $ 10,000,000.00 | 100.00000% | $ 378,127.75 |

**Details:**

Activity: unscheduled paydown
Date: May 3 2024
Amount: $2,745,386.16

Total cash: 2.745M

Contracts | Position Activity | Scheduled Activity | Cash | Allocations | Principal | Misc Fees | Receivables | Accrual Adjustmen

| Description | Trade Date | Settle Date | Receive Date | Amount | Currency | Action Code | No |
|---|---|---|---|---|---|---|---|
| Principal (Original Alloc | 2/6/2023 | 2/6/2023 | 2/6/2023 | -10,000,000.00 | USD | Buy | |
| Interest | 5/8/2023 | 5/8/2023 | 5/8/2023 | 378,127.75 | USD | Interest | |
| PIK Payment Notice | 1/18/2024 | 1/18/2024 | 1/18/2024 | -1,097,565.37 | USD | Borrowing | |
| Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 748,741.67 | USD | Unscheduled Paydown | |
| Paydown | 11/27/2025 | 11/27/2025 | 11/27/2025 | 10,348,823.70 | USD | Paydown | |

Paid PRINCIPAL only prorata across all oustanding loans

Bank Recon (paydown)

| Account Name: Acquiom Agency Services LLC FBO Clients | | | | | |
|---|---|---|---|---|---|
| Account Number: [redacted]533 | | | | | |
| **Post date** | **Deal Name** | **Incoming/Outgoing** | **Credit amount** | **Debit amount** | **Purpose of Funds** |
| 05/03/24 | Finanza Inversiones S.A.S. | Incoming | $ 2,745,386.16 | | Principal Payment |
| 05/08/24 | Finanza Inversiones S.A.S. | Outgoing | | $ (187,185.42) | Principal Payment |
| 05/08/24 | Finanza Inversiones S.A.S. | Outgoing | | $ (1,185,507.68) | Principal Payment |
| 05/08/24 | Finanza Inversiones S.A.S. | Outgoing | | $ (1,372,693.06) | Principal Payment |

Lender Splits:
unscheduled paydown

| | | | |
|---|---|---|---|
| ACON Colombia Finance II, LLC | $ 187,185.42 | | |
| DAVALIA GESTIÓN DE ACTIVOS, S.L. | $ 748,741.67 | | |
| GCS Colombia Finance LLC | $ 561,556.25 | ACON Colombia Finance II, LLC | $ 187,185.42 |
| | | DAVALIA GESTIÓN DE ACTIVOS, S.L. | $1,372,693.08 |
| DAVALIA GESTIÓN DE ACTIVOS, S.L. | $ 374,370.84 | GCS Colombia Finance LLC | $1,185,507.66 |
| GCS Colombia Finance LLC | $ 374,370.84 | | |
| | | | |
| DAVALIA GESTIÓN DE ACTIVOS, S.L. | $ 191,985.08 | | |
| GCS Colombia Finance LLC | $ 191,985.08 | | |
| | | | |
| DAVALIA GESTIÓN DE ACTIVOS, S.L. | $ 57,595.49 | | |
| GCS Colombia Finance LLC | $ 57,595.49 | | |

[redacted]

| Global Loan | Prorata PD | | | | | | |
|---|---|---|---|---|---|---|---|
| 20M | $1,497,483.34 | Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 1,497,483.34 USD | |
| 10M | $748,741.67 | Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 748,741.67 USD | Unscheduled Paydown |
| 5.128M | $383,970.15 | Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 383,970.15 USD | Unscheduled Paydown |
| 1.538M | $115,190.98 | Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 115,190.98 USD | Unscheduled Paydown |
| | **$2,745,386.14** | | | | | | |

**Details:**

Activity: Borrowing

Date: Mar 15 2023
Amount: $5.128M
*via amendment

Contracts | Position Activity | Scheduled Activity | **Cash** | Allocations | Principal | Misc Fees | Receivables | Accrual Adjustments

| Description | Trade Date | Settle Date | Receive Date | Amount | Currency | Action Code | Notes |
|---|---|---|---|---|---|---|---|
| Principal (Original Alloc | 3/15/2023 | 3/15/2023 | 3/15/2023 | -5,128,206.00 | USD | Buy | |
| PIK Payment Notice | 1/18/2024 | 1/18/2024 | 1/18/2024 | -562,854.13 | USD | Borrowing | |
| Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 383,970.15 | USD | Unscheduled Paydown | |
| Unscheduled Paydown | 11/27/2025 | 11/27/2025 | 11/27/2025 | 5,307,089.98 | USD | Unscheduled Paydown | |

Borrowing: March 15 2023

Bank Recon (borrowing)

Account Name: Acquiom Agency Services LLC FBO Clients
Account Number: [redacted]533

| Post date | Deal Name | Incoming/Outgoing | Credit amount | Debit amount | Purpose of Funds |
|---|---|---|---|---|---|
| 03/15/23 | Finanza Inversiones S.A.S. | Incoming | $ 2,500,000.00 | | Borrowing |
| 03/15/23 | Finanza Inversiones S.A.S. | Incoming | $ 2,500,000.00 | | Borrowing |
| 03/15/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (8,770.00) | Borrowing |
| 03/15/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (4,991,230.00) | Borrowing |

**Details:**

Activity: unscheduled paydown
Date: May 3 2024

Contracts | Position Activity | Scheduled Activity | **Cash** | Allocations | Principal | Misc Fees | Receivables | Accrual Adjustments | Mark

| Description | Trade Date | Settle Date | Receive Date | Amount | Currency | Action Code | Notes | Lcd |
|---|---|---|---|---|---|---|---|---|
| Principal (Original Alloc | 3/15/2023 | 3/15/2023 | 3/15/2023 | -5,128,206.00 | USD | Buy | | |
| PIK Payment Notice | 1/18/2024 | 1/18/2024 | 1/18/2024 | -562,854.13 | USD | Borrowing | | |
| Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 383,970.15 | USD | Unscheduled Paydown | | |
| Unscheduled Paydown | 11/27/2025 | 11/27/2025 | 11/27/2025 | 5,307,089.98 | USD | Unscheduled Paydown | | |

Total cash: 2.745M
Paid PRINCIPAL only prorata across all oustanding loans

Bank Recon (paydown)

Account Name: Acquiom Agency Services LLC FBO Clients
Account Number: [redacted]533

| Post date | Deal Name | Incoming/Outgoing | Credit amount | Debit amount | Purpose of Funds |
|---|---|---|---|---|---|
| 05/03/24 | Finanza Inversiones S.A.S. | Incoming | $ 2,745,386.16 | | Principal Payment |
| 05/08/24 | Finanza Inversiones S.A.S. | Outgoing | | $ (187,185.42) | Principal Payment |
| 05/08/24 | Finanza Inversiones S.A.S. | Outgoing | | $ (1,185,507.68) | Principal Payment |
| 05/08/24 | Finanza Inversiones S.A.S. | Outgoing | | $ (1,372,693.06) | Principal Payment |

Lender Splits:
unscheduled paydown

| | | | |
|---|---|---|---|
| ACON Colombia Finance II, LLC | $ 187,185.42 | | |
| DAVALIA GESTIÓN DE ACTIVOS, S.L. | $ 748,741.67 | | |
| GCS Colombia Finance LLC | $ 561,556.25 | ACON Colombia Finance II, LLC | $ 187,185.42 |
| | | DAVALIA GESTIÓN DE ACTIVOS, S.L. | $ 1,372,693.08 |
| DAVALIA GESTIÓN DE ACTIVOS, S.L | $ 374,370.84 | GCS Colombia Finance LLC | $ 1,185,507.66 |
| GCS Colombia Finance LLC | $ 374,370.84 | | |
| | | | |
| DAVALIA GESTIÓN DE ACTIVOS, S.L | $ 191,985.08 | | |
| GCS Colombia Finance LLC | $ 191,985.08 | | |
| | | | |
| DAVALIA GESTIÓN DE ACTIVOS, S.L. | $ 57,595.49 | | |
| GCS Colombia Finance LLC | $ 57,595.49 | | |

| Global Loan | Prorata PD | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20M | $1,497,483.34 | Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 1,497,483.34 | USD | |
| 10M | $748,741.67 | Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 748,741.67 | USD | Unscheduled Paydown |
| 5.128M | $383,970.15 | Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 383,970.15 | USD | Unscheduled Paydown |
| 1.538M | $115,190.98 | Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 115,190.98 | USD | Unscheduled Paydown |
| | **$2,745,386.14** | | | | | | | |

**Details**
Activity: Borrowing

Date: Mar 20 2023
Amount: $1.5M

ntracts | Position Activity | Scheduled Activity | **Cash** | Allocations | Principal | Misc Fees | Receivables | Accrual Adjustments | Marks

| Description | Trade Date | Settle Date | Receive Date ▲ | Amount | Currency | Action Code | Notes | Ledg |
|---|---|---|---|---|---|---|---|---|
| Principal (Original Alloc | 3/20/2023 | 3/20/2023 | 3/20/2023 | -1,538,461.00 | USD | Buy | | |
| PIK Payment Notice | 1/18/2024 | 1/18/2024 | 1/18/2024 | -168,856.15 | USD | Borrowing | | |
| Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 115,190.98 | USD | Unscheduled Paydown | | |
| Unscheduled Paydown | 12/22/2025 | 12/22/2025 | 12/22/2025 | 1,592,126.17 | USD | Unscheduled Paydown | | |

Bank Recon (borrowing)

**Account Name: Acquiom Agency Services LLC FBO Clients**
**Account Number: [redacted]533**

| Post date | Deal Name | Incoming/Outgoing | Credit amount | Debit amount | Balance | Purpose of Funds |
|---|---|---|---|---|---|---|
| 03/20/23 | Finanza Inversiones S.A.S. | Incoming | $ 749,999.74 | | $ 1,310,152.79 | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Incoming | $ 749,999.74 | | $ 2,060,152.53 | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (57,706.25) | $ 2,002,446.28 | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (40,000.00) | $ 1,962,446.28 | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (11,212.18) | $ 1,951,234.10 | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (18,453.93) | $ 1,932,780.17 | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (15,000.00) | $ 1,917,780.17 | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (19,000.00) | $ 1,898,780.17 | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (1,337,227.12) | $ 561,553.05 | Borrowing |
| 03/20/23 | Finanza Inversiones S.A.S. | Outgoing | | $ (1,400.00) | $ 560,153.05 | Borrowing |

---

**Details**
Activity: Unscheduled Paydown

Date: May 3 2023

Total cash: 2.745M
Paid PRINCIPAL only prorata across all oustanding loans

Contracts | Position Activity | Scheduled Activity | **Cash** | Allocations | Principal | Misc Fees | Receivables | Accrual Adjustments | Marks

| Description | Trade Date | Settle Date | Receive Date ▲ | Amount | Currency | Action Code | Notes | Ledge |
|---|---|---|---|---|---|---|---|---|
| Principal (Original Alloc | 3/20/2023 | 3/20/2023 | 3/20/2023 | -1,538,461.00 | USD | Buy | | |
| PIK Payment Notice | 1/18/2024 | 1/18/2024 | 1/18/2024 | -168,856.15 | USD | Borrowing | | |
| Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 115,190.98 | USD | Unscheduled Paydown | | |
| Unscheduled Paydown | 12/22/2025 | 12/22/2025 | 12/22/2025 | 1,592,126.17 | USD | Unscheduled Paydown | | |

Bank Recon (paydown)

**Account Name: Acquiom Agency Services LLC FBO Clients**
**Account Number: [redacted]533**

| Post date | Deal Name | Incoming/Outgoing | Credit amount | Debit amount | Purpose of Funds |
|---|---|---|---|---|---|
| 05/03/24 | Finanza Inversiones S.A.S. | Incoming | $ 2,745,386.16 | | Principal Payment |
| 05/08/24 | Finanza Inversiones S.A.S. | Outgoing | | $ (187,185.42) | Principal Payment |
| 05/08/24 | Finanza Inversiones S.A.S. | Outgoing | | $ (1,185,507.68) | Principal Payment |
| 05/08/24 | Finanza Inversiones S.A.S. | Outgoing | | $ (1,372,693.06) | Principal Payment |

Lender splits:
unscheduled paydown

| | | | |
|---|---|---|---|
| ACON Colombia Finance II, LLC | $187,185.42 | | |
| DAVALIA GESTIÓN DE ACTIVOS, S.L. | $748,741.67 | | |
| GCS Colombia Finance LLC | $561,556.25 | ACON Colombia Finance II, LLC | $ 187,185.42 |
| | | DAVALIA GESTIÓN DE ACTIVOS, S.L. | $1,372,693.08 |
| DAVALIA GESTIÓN DE ACTIVOS, S.L. | $374,370.84 | GCS Colombia Finance LLC | $1,185,507.66 |
| GCS Colombia Finance LLC | $374,370.84 | | |
| DAVALIA GESTIÓN DE ACTIVOS, S.L. | $191,985.08 | | |
| GCS Colombia Finance LLC | $191,985.08 | | |
| DAVALIA GESTIÓN DE ACTIVOS, S.L. | $ 57,595.49 | | |
| GCS Colombia Finance LLC | $ 57,595.49 | | |

---

| Global Loan | Prorata PD | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20M | $1,497,483.34 | Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 1,497,483.34 | USD | |
| 10M | $748,741.67 | Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 748,741.67 | USD | Unscheduled Paydown |
| 5.128M | $383,970.15 | Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 383,970.15 | USD | Unscheduled Paydown |
| 1.538M | $115,190.98 | Unscheduled Paydown | 5/3/2024 | 5/3/2024 | 5/3/2024 | 115,190.98 | USD | Unscheduled Paydown |
| | **$2,745,386.14** | | | | | | | |