| Effective Date | AA ID | Tranche | Assignor (Seller) | Fund Manager (Seller) | Assignee (Buyer) | Fund Manager (Buyer) |
|---|---|---|---|---|---|---|
| 5/15/2023 | 3489 | | GDA LUMA SPECIAL OPPORTUNITIES WAREHOUSE LLC | GDA LUMA | GDA Luma Special Opportunities Fund LP | GDA LUMA |
| 3/22/2024 | 6455 | Term Loan | GDA Luma Special Opportunities Fund, LP | GDA Luma Capital Management, LP | DAVALIA GESTIÓN DE ACTIVOS, S.L. | GDA Luma Capital Management, LP |
| 3/22/2024 | 6456 | | GDA Luma Special Opportunities Fund, LP | GDA Luma Capital Management, LP | DAVALIA GESTIÓN DE ACTIVOS, S.L. | GDA Luma Capital Management, LP |
| 3/22/2024 | 6457 | | GDA Luma Special Opportunities Fund, LP | GDA Luma Capital Management, LP | DAVALIA GESTIÓN DE ACTIVOS, S.L. | GDA Luma Capital Management, LP |
| 3/22/2024 | 6458 | | GDA Luma Special Opportunities Fund, LP | GDA Luma Capital Management, LP | DAVALIA GESTIÓN DE ACTIVOS, S.L. | GDA Luma Capital Management, LP |

| AA Amount | Fee Amount | Fee Received | Date Fee Received |
|---|---|---|---|
| $ 10,000,000.00 | $ - | | |
| $12,195,130.74 | $ - | | |
| $6,097,565.37 | $ - | | |
| $3,126,957.13 | $ - | | |
| $938,086.65 | $ - | | |