Try Premium for $0






# Hector Chaves Olarte · 3rd

Presidente Ban100

Ban100 · INALDE - Business School

Colombia · Contact info

500+ connections

Follow Connect More

## About

Senior Level Executive with in-depth knowledge and experience in financial management, treasury, risk management, strategic planning and sales planning.

- Great ability to promote changes to enhance a company’s growth and profitability.
- Demonstrated strengths for restructuring debt and diversifying funding sources.
- Exceptional skills for developing business models and generating knowledge.
- Effectiveness at resolving complex situations.
- Proficiency for measuring and monitoring company's performance.
- Ability to identify financial opportunities, elaborate strategies and develop cross-functional organizational solutions.

Critical thinking skills for participating on Senior Management Committees and Boards of Directors.

## Activity

+ Follow

1,115 followers

### Hector has no recent posts

Recent posts Hector shares will be displayed here.

Show all →

## Experience

### Ban100

8 yrs 6 mos

**Presidente**

Full-time

Nov 2023 - Present · 3 yrs

Colombia · On-site

**Vicepresidente Financiero**

May 2018 - Nov 2023 · 5 yrs 7 mos

Responsable por la financiación, situación financiera, gestión del balance y rentabilidad de la organización. Encargado de las áreas de Tesorería, planeación ...

### Gerente de Monitoreo y Seguimiento de Riesgos

Banco Caja Social

Jan 2017 - Jan 2018 · 1 yr 1 mo

Encargado de realizar el seguimiento integral de la gestión de riesgos del Banco que permita el entendimiento de los efectos de su interacción conjunta, tanto en l...

### Consultor y Gerente Gestión del Balance y Rentabilidad

Banco Popular

Dec 2014 - Apr 2016 · 1 yr 5 mos

Banco Popular

Responsable de los proyectos de Gestión de la Rentabilidad, de Fijación de Precios y de reingeniería de la Tesorería. Creación, desarrollo y posterior gestión de las ...

### Helm Bank

14 yrs 3 mos

### Vicepresidente Tesorería & Financiero - CFO

Apr 2011 - Dec 2013 · 2 yrs 9 mos
Bogotá, Colombia

Encargado de la gestión de Liquidez del Banco y filiales extranjeras que asegurara el adecuado fondeo de todas las líneas de negocio y a costos razonables. Gestor de l…

### Vicepresidente Riesgo Financiero - CRO

Oct 1999 - Mar 2011 · 11 yrs 6 mos
Bogota, Colombia

Responsable por el diseño de las políticas y gestión de riesgos de mercado, crédito, liquidez y operacional que interpretaran el perfil de riesgo deseado y facilitaran la …

### Gerente Técnico

Bolsa de Bogotá
Jun 1989 - Jun 1999 · 10 yrs 1 mo
Bogotá, Colombia

Encargado de desarrollar propuestas que contribuyeran al desarrollo y profundización del mercado de capitales. Miembro del Comité de Presidencia …

## Education

### INALDE - Business School

Progama de Dirección General - PDG
2011 – 2011

### Universidad de Los Andes

Especialista en Finanzas, Finanzas, general
2001 – 2002

Show all 3 educations →

## Skills (30)

### Strategic Financial Planning

13 endorsements

### Managerial Finance

12 endorsements

Show all →

## Publications

### “La Bolsa de Futuros en Colombia”. Mercado de Derivados: Una nueva Cultura para el Manejo del Riesgo.

Asociación Bancaria y de Entidades Financieras de Colombia, Asobancaria. Sector Financiero · Nov 1, 1998

### “Productos Derivados en el Mercado Bursátil”. Las Tesorerías en Colombia: Nuevas Reglas y Nuevos Mercados.

Asociación Bancaria y de Entidades Financieras de Colombia, Asobancaria. Sector Financiero · Jul 1, 1997

## Honors & awards

### Honorary fellowship

Issued by Universidad Externado · Jan 1989

Associated with Universidad Externado de Colombia

Best course student. Awarded seven times

Español English