Try Premium for $0




# Federico Sioli · 3rd

Sales & Payments @ Finalis

Finalis · Universidad de San Andrés

Buenos Aires, Buenos Aires Province, Argentina · Contact info

500+ connections

Message | Follow | More

## About

With a degree in Digital Business from Universidad de San Andrés and an international perspective gained at ESCI-UPF, I've transitioned into finance as an Investment Analyst at GDA Luma Capital Management, focusing on private equity, particularly distressed and special situations.

## Activity

Follow

906 followers

Posts | Comments

**Federico Sioli** reposted this

**Federico Sioli** reposted this

**LA NACION**
May 8

Se presentó un libro sobre la trayectoria de Silvia Torres Carbonell, fundadora del primer centro de emprendedores de América Latina | por… more

Show translation




1,699 117 53

**Santiago Morgan Ed.M**
Education
Oct 16, 2023

"Un espacio Montessori es como u
vas a escuchar un murmullo y ver n
laboriosidad. Lo que no vas a ver e

Show translation

famm
Fundación Argentina María Montessori
E7 - M tess
Arger
open.spotify.co

19 2

Show all →

## Experience

### Sales & Payments Ops
Finalis · Full-time
Aug 2025 - Present · 1 yr 3 mos

### Investment Analyst
GDA Luma Capital Management
Jul 2023 - Jun 2025 · 2 yrs
New York, United States

Private Equity | Distressed and Special Situations

### Analyst consultant

Surfing Tsunamis · Part-time

Feb 2023 - Jul 2023 · 6 mos

Creation of a public report together with IDB Lab on Deep Tech, focusing on how this technology has the potential to pave new paths for economic growth, social …

### Project Manager

Whom Metrix · Part-time

Mar 2020 - Jan 2022 · 1 yr 11 mos

Led a team of website developers and graphic designers responsible for producing weekly high-quality landing pages for the local news outlet "Diario Clarin", also …

## Education

### Universidad de San Andrés

Licenciatura, Negocios digitales

2019 – 2023

### ESCI-UPF

International Exchange Program, Digital Business

Jan 2022 – Jun 2022

Show all 3 educations →

## Licenses & certifications

### Financial Statement Modeling Course

Wall Street Oasis

### VBA Macros in Excel Course

Wall Street Oasis

## Skills (5)

Desarrollo web

Inglés

Show all →

## Interests

Top Voices · Companies · Groups · Schools



**Gary Vaynerchuk** · 2nd
Chairman – VaynerX, CEO – VaynerMedia, Creator – VeeFriends
6,045,374 followers

+ Follow



**Lewis Hamilton** · 3rd+
Entrepreneur, Investor, and F1 Driver
781,475 followers

+ Follow

Show all →

Español · English





Promoted •••



Jeffrey, explore relevant opportunities

with Radwell International

Get the latest jobs and industry news

Follow

## More profiles for you



**Rodrigo G.** · 3rd
PMP | Operations Leader | Data-Driven Strategist | Process Optimization | Product Management

Message



**Camila Di Lorenzo Abramovich** · 3rd
Compliance & Legal Operations | FINRA Series 24 & Series 82 | Executive Coach

Message



**Joaco Gambach** · 3rd
MBA Candidate | FP&A & IR Associate @Finalis

Message



**Pedro Barros Moss** · 3rd
Sales Manager @ Finalis

+ Follow



**Alex Sueldo** · 3rd
VeraGov | Empowering Veteran Claims | VA-Accredited Attorney | U.S. Army Combat Veteran

+ Follow

Show all →

## Explore Premium profiles

**Sabrina Monteleone** · 3rd



Sabrina Monteleone · 3rd
General Manager at Mister Car Wash

Message



Dora LA · 3rd+
Operations Manager at FBA Companies Inc.

Connect



Damarys Gallegos · 3rd+
Assistant General Manager at Pla-Mor Entertainment

Connect



Alassandra Loreto · 3rd
Office Operations and Hospitality at The World Economic Forum

Message

## People you may know



Douglas Pick · 2nd
Bankruptcy Partner at Pick & Zabicki LLP

Connect



Ann Morris · 3rd
Staff Attorney at Southern Minnesota Regional Legal Services, Inc.

Connect



Steven Storch - Managing Partner · 2nd
Commercial Litigation | Concentrating in Partner/Closely Held Business Disputes, Intellectual Property litigation, Legal and Accounting Malpractice .

Connect

Samuel Berkovic · 3rd
Partner at Eaglewash

Partner at Eaglewash

Connect

Seth Lieberman · 2nd
Chair of Bankruptcy Department and Co-Head of Corporate Trust Practice at Pryor Cashman LLP

Connect

Show all →

## You might like

Pages for you

**Stein Adler Dabah & Zelkowitz LLP**
Law Practice
669 followers

Casey & 1 other connection work here

+ Follow

**Lawyer.com**
Legal Services
8,420 followers

Michele follows this page

+ Follow

Show all →

Promoted •••

**Resy credits**
Unlock Resy credits with the Platinum Card®. Terms apply.
**Jason** & 6 other connections also follow American Express

**WSJ+ Flash Sale. $3/Week.**
Four world-class financial publications. One great price.
**Paolo** & 28 other connections also

follow The Wall Street Journal

About

Accessibility

Talent Solutions

Community Guidelines

Careers

Marketing Solutions

Privacy & Terms

Ad Choices

Advertising

Sales Solutions

Mobile

Small Business

Safety Center

LinkedIn Corporation © 2026

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select language

English (English)