## SECCION II

## ADMINISTRADORES

**ARTÍCULO 22**. ADMINISTRADORES. Son administradores, el representante legal, el liquidador, el factor, los miembrosdejuntasoconsejosdirectivosyquienesdeacuerdoconlosestatutos ejerzan o detenten esas funciones.

6 Conceptos relacionados

**ARTÍCULO 23**. Reglamentado parcialmente por el Decreto Nacional 1925 de 2009. DEBERES DE LOS ADMINISTRADORES. Los administradores deben obrar de buena fe, con lealtad y con la diligencia de un buen hombre de negocios. Sus actuaciones se cumplirán en interés de la sociedad, teniendo en cuenta los intereses de sus asociados.

En el cumplimiento de su función los administradores deberán:

1. Realizar los esfuerzos conducentes al adecuado desarrollo del objeto social.

2. Velar por el estricto cumplimiento de las disposiciones legales o estatutarias.

3. Velar porque se permita la adecuada realización de las funciones encomendadas a la revisoría fiscal.

4. Guardar y proteger la reserva comercial e industrial de la sociedad.

5. Abstenerse de utilizar indebidamente información privilegiada.

6. Dar un trato equitativo a todos los socios y respetar el ejercicio del derecho de inspección de todos ellos.

7. Abstenerse de participar por sí o por interpuesta persona en interés personal o de terceros, en actividades que impliquen competencia con la sociedad o en actos

respecto de los cuales exista conflicto de intereses, salvo autorización expresa de la junta de socios o asamblea general de accionistas. En estos casos, el administrador suministrará al órgano social correspondiente toda la información que sea relevante para la toma de la decisión. De la respectiva determinación deberá excluirse el voto del administrador, si fuere socio. En todo caso, la autorización de la junta de socios o asamblea general de accionistas sólo podrá otorgarse cuando el acto no perjudique los intereses de la sociedad.

**ARTÍCULO 24**. RESPONSABILIDAD DE LOS ADMINISTRADORES. El artículo 200 del Código de Comercio quedará así: Artículo 200. Los administradores responderán solidaria e ilimitadamente de los perjuicios que por dolo o culpa ocasionen a la sociedad, a los socios o a terceros. No estarán sujetos a dicha responsabilidad, quienes no hayan tenido conocimiento- miento de la acción u omisión o hayan votado en contra, siempre y cuando no la ejecuten. En los casos de incumplimiento o extralimitación de sus funciones, violación de la ley o de los estatutos, se presumirá la culpa del administrador. De igual manera se presumirá la culpa cuando los administradores hayan propuesto o ejecutado la decisión sobre distribución de utilidades en contravención a lo prescrito en el artículo 151 del Código de Comercio y demás normas sobre la materia. En estos casos el administrador responderá por las sumas dejadas de repartir o distribuidas en exceso y por los perjuicios a que haya lugar. Si el administrador es persona jurídica, la responsabilidad respectiva será de ella y de quien actúe como su representante legal. Se tendrán por no escritas las cláusulas del contrato socia1 que tiendan a absolveralosadministradoresdelasresponsabilidadesantedichasoalimitarlas al importe de las cauciones que hayan prestado para ejercer sus cargos.

**ARTÍCULO 25**. ACCION SOCIAL DE RESPONSABILIDAD. La acción social de responsabilidad contra los administradores corresponde a la compañía, previa decisión de la asamblea general o de la junta de socios, que podrá ser adoptada aunque no conste en el orden del día. En este caso, la convocatoria podrá realizarse por un número de socios que represente por lo menos el veinte por ciento de las acciones, cuotas o partes de interés en que se halle dividido el capital social. La decisión se tomará por la mitad más una de las acciones, cuotas o partes de interés representadas