**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>CREDIVALORES - CREDISERVICIOS S.A.,<br>Debtor | Chapter 7<br><br>Case 24-10837 (DSJ) |
| SALVATORE LAMONICA solely in his capacity as Chapter 7 trustee of Credivalores - Crediservicios S.A.<br>Plaintiff<br>v.<br>BANCIEN S.A. aka Ban100 S.A. fka Banco Credifinanciera S.A. et al<br>Defendants | Adv. Proc. 26-01063 (DSJ)<br><br>**CERTIFICATE OF SERVICE**<br><br>Re: ECF #50, #51 |

I hereby certify that on October 30, 2026, I electronically filed a memorandum of law in opposition to defendants' motions to dismiss (ECF #51), declaration in opposition (ECF #50) and Exhibits 1-24 thereto, and that service was made upon all parties to this adversary proceeding by NextGen CM/ECF, pursuant to FRCP 5(b)(2)(E) made applicable by FRBP 7005. The persons served are identified in the annexed Notice of Electronic Filing.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of November, 2026.

/s/ Jeffrey Chubak