**From:** nysbinfo@nysb.uscourts.gov
**To:** courtmail@nysb.uscourts.gov
**Subject:** NEF: 26-01063-dsj AP Memorandum of Law Re: LaMonica v. Bancien S.A. et al
**Date:** Friday, October 30, 2026 2:00:01 PM

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**Southern District of New York**

Notice of Electronic Filing

The following transaction was received from Jeffrey Chubak entered on 10/30/2026 at 1:59 PM and filed on 10/30/2026

| | |
|---|---|
| **Case Name:** | LaMonica v. Bancien S.A. et al |
| **Case Number:** | 26-01063-dsj |
| **Document Number:** | 51 |

**Docket Text:**
Memorandum of Law *in Opposition to Defendants' Motions to Dismiss* (related document(s) [40], [43], [36], [33]) filed by Jeffrey Chubak on behalf of Salvatore LaMonica. (Chubak, Jeffrey)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**2026-10-30 MOL in Opposition.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/30/2026] [FileNumber=22667248-0
] [8cd77db99480fcf25f2aebdb19f4bd8b9bfdd37daf01cfc0654e8deeab3e9dadcd9
93d0b17150078d2b383e2e93f5f06f15f54ba352ff625c4c916e8e1627806]]

**26-01063-dsj Notice will be electronically mailed to:**

Jeffrey Chubak on behalf of Plaintiff Salvatore LaMonica
jchubak@aminillc.com, aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Sharon I. Dwoskin on behalf of Defendant Davalia Gestion de Activos S.L
sdwoskin@brownrudnick.com

Sharon I. Dwoskin on behalf of Defendant GDA Luma Capital Management, LP
sdwoskin@brownrudnick.com

Sharon I. Dwoskin on behalf of Defendant Luis Blaquier

sdwoskin@brownrudnick.com

Paige Epstein on behalf of Defendant Bancien S.A.
paige.epstein@nelsonmullins.com

Paige Epstein on behalf of Defendant Finanza Inversiones S.A.
paige.epstein@nelsonmullins.com

Bryce L. Friedman on behalf of Defendant GCS Colombia Finance LLC
bfriedman@stblaw.com, 5962535420@filings.docketbird.com

Bryce L. Friedman on behalf of Defendant Gramercy Colombia Consumer Lending Holdings LLC
bfriedman@stblaw.com, 5962535420@filings.docketbird.com

Bryce L. Friedman on behalf of Defendant Gramercy Funds Management LLC
bfriedman@stblaw.com, 5962535420@filings.docketbird.com

Bryce L. Friedman on behalf of Defendant Gustavo Ferraro
bfriedman@stblaw.com, 5962535420@filings.docketbird.com

Adam Herring on behalf of Defendant Bancien S.A.
adam.herring@nelsonmullins.com, ilene.maccioli@nelsonmullins.com

Adam Herring on behalf of Defendant Finanza Inversiones S.A.
adam.herring@nelsonmullins.com, ilene.maccioli@nelsonmullins.com

Erin Hunter on behalf of Defendant Davalia Gestion de Activos S.L
ehunter@brownrudnick.com

Erin Hunter on behalf of Defendant GDA Luma Capital Management, LP
ehunter@brownrudnick.com

Erin Hunter on behalf of Defendant Luis Blaquier
ehunter@brownrudnick.com

Jillian Leslie on behalf of Defendant ACON Colombia Finance II, LLC
jleslie@aegislawgroup.com

Jillian Leslie on behalf of Defendant ACON Investments Management, LLC
jleslie@aegislawgroup.com

Jillian Leslie on behalf of Defendant Jose Miguel Knoell
jleslie@aegislawgroup.com

Michael Kay Ross on behalf of Defendant ACON Colombia Finance II, LLC
mross@aegislawgroup.com

Michael Kay Ross on behalf of Defendant ACON Investments Management, LLC
mross@aegislawgroup.com

Michael Kay Ross on behalf of Defendant Jose Miguel Knoell
mross@aegislawgroup.com

Avery Samet on behalf of Plaintiff Salvatore LaMonica
asamet@aminillc.com, aminillcfiling@aminillc.com;asamet@ecf.courtdrive.com

James W. Stoll on behalf of Defendant Davalia Gestion de Activos S.L
jstoll@brownrudnick.com, cmercier@brownrudnick.com

James W. Stoll on behalf of Defendant GDA Luma Capital Management, LP
jstoll@brownrudnick.com, cmercier@brownrudnick.com

James W. Stoll on behalf of Defendant Luis Blaquier
jstoll@brownrudnick.com, cmercier@brownrudnick.com

Alan Turner on behalf of Defendant GCS Colombia Finance LLC
aturner@stblaw.com

Alan Turner on behalf of Defendant Gramercy Colombia Consumer Lending Holdings LLC
aturner@stblaw.com

Alan Turner on behalf of Defendant Gramercy Funds Management LLC
aturner@stblaw.com

Alan Turner on behalf of Defendant Gustavo Ferraro
aturner@stblaw.com

Sherry Xueer Yu on behalf of Defendant ACON Colombia Finance II, LLC
syu@aegislawgroup.com

Sherry Xueer Yu on behalf of Defendant ACON Investments Management, LLC
syu@aegislawgroup.com

Sherry Xueer Yu on behalf of Defendant Jose Miguel Knoell
syu@aegislawgroup.com

**26-01063-dsj Notice will not be electronically mailed to:**